United States District Court
Southern District of Texas
FILED

APR 0 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARCADIA VELEZ, Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. _____ **B-02- 067** |
| ND A.M.C., LLC Defendant | § § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with 28 U.S.C.A. §1466(a), you are hereby notified that Defendant, ND A.M.C., LLC ("NARDI"), has removed this action from the District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

1)    Jurisdiction is vested in this Court by virtue of 28 U.S.C.A. §1331 and the doctrine of preemption. In this action, the Plaintiff is seeking to recover damages for injuries which she allegedly sustained while employed as an employee of NARDI.

2)    Plaintiff is a subscriber and beneficiary to an employee benefit plan (ERISA) which provides health care and benefits for personal injury incurred as a result of an accident occurring while in the normal course of employment. Such benefit plan is therefore covered by the Employment Retirement Security Act of 1974 (ERISA) as set out in 29 U.S.C.A. §1001 et seq. This Court has original jurisdiction over Plaintiff's Original Petition and Complaint pursuant to 28 U.S.C.A. § 1331 as it involves an action "arising under the laws" of the United States. Federal law under ERISA preempts common law causes of action and other statutory causes of action.

This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C.A. §1331 and may be removed by ND A.M.C., LLC pursuant to 27 U.S.C.A. §1441.

The claims presented by Arcadia Velez are subsumed under the ND A.M.C., LLC Occupational Injury Benefit Plan maintained by NARDI.

3)      This notice is filed within thirty (30) days from the time process was served upon Defendant, ND AMC, LLC.

4)      Copies of all process, pleadings and orders served upon the Defendants in the State court action are attached hereto.

5)      A copy of this Notice is being served upon the Plaintiff, through her attorney, and upon the District Clerk of Cameron County, Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the action now pending in the 138th Judicial District Court of Cameron County, Texas under Cause No. 2002-03-962-B be removed to this Court.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 North Expressway 83
Brownsville, Texas  78521-2284
Tel:    956/546-3731
Fax:    956/546-3765 or 546-3766

BY:    _____
        Dennis Sanchez
        State Bar No. 17569600
        Federal Bar No.1594

ATTORNEYS FOR DEFENDANT,
ND A.M.C., LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Notice of Removal** has been forwarded by U.S. Certified Mail, Return Receipt Requested, postage prepaid to Mr. Louis S. Sorola, counsel for the Plaintiff, at 2355 Barnard Road, Suite A, Brownsville, Texas  78520, and by personal delivery to the office of Aurora de la Garza, Cameron County District Clerk, 974 E. Harrison, Brownsville, Texas, on this _5th_ day of April, 2002.

_____
Dennis Sanchez

United States District Court
Southern District of Texas
FILED

APR 0 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ARCADIA VELEZ, Plaintiff         §
                                 §
vs.                              §    CIVIL ACTION NO. **B-02- 067**
                                 §
ND A.M.C., LLC, Defendant        §

## INDEX OF MATTERS FILED WITH NOTICE OF REMOVAL

1)    Plaintiff's Original Petition.

2)    Defendants Original Answer.

3)    Docket Sheet.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 North Expressway 83
Brownsville, Texas 78521-2284
Tel:    956/546-3731
Fax:    956/546-3765 and 546-3766

BY:    _Denny Sauch_
       Dennis Sanchez
       State Bar No. 17569600
       Federal Bar No.1594

ATTORNEYS FOR DEFENDANT,
ND A.M.C., LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Index has been forwarded by U.S. Certified Mail, Return Receipt Requested, postage prepaid to Mr. Louis S. Sorola, counsel for the Plaintiff, at 2355 Barnard Road, Suite A, Brownsville, Texas 78520, on this _5th_ day of April, 2002.

_Denny Sauch_
Dennis Sanchez

CERTIFIED
COPY

NO. 2002-03-962-B

B-02- 067

FILED ____103____
AURORA DE LA GARZA DIST. CLERK
MAR - 6 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS
BY _____ DEPUTY

| | |
|---|---|
| ARCADIA VELEZ<br>Plaintiff, | § IN THE DISTRICT COURT |
| | § |
| V. | § 138th ____ JUDICIAL DISTRICT |
| | § |
| NDAMC, L.L.C.<br>Defendant. | § |
| | § OF CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Arcadia Velez, hereinafter called Plaintiff, complaining of and about NDAMC, L.L.C., hereinafter called Defendant, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.    Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.    Plaintiff, Arcadia Velez, is an individual whose address is 24 East 8th Street, Brownsville, Texas 78520.

3.    Defendant NDAMC, L.L.C., a limited liability company based in Texas, may be served with process by serving the registered agent of said company, Corporation Service Company, at 800 Brazos, Suite 330, Austin, Texas 78701, its registered office. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

### JURISDICTION AND VENUE

4.    The subject matter in controversy is within the jurisdictional limits of this court.

5.    This court has jurisdiction over the parties because Defendant is a Texas resident.

Page 1 of 5

6.     Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

7.     Defendant NDAMC, L.L.C., is a limited liability company based in Texas with its principal office located at 4550 Coffee Port Road, Brownsville, Texas 78521.

8.     The unlawful employment practices alleged below were committed within Cameron County, Texas, and by the Defendant NDAMC, L.L.C.

9.     Plaintiff is a female citizen of the United States and a resident of Brownsville, Cameron County, Texas.

10.     Plaintiff was originally employed by Defendant NDAMC, L.L.C., in 1999.

11.     Plaintiff was employed continuously from the above date to, on or about, January 14, 2002.

12.     Plaintiff alleges that at all times relevant to this cause of action, Defendant NDAMC, L.L.C., did not maintain Texas Workers' Compensation Insurance.

13.     On or about January 14, 2002, Plaintiff sustained a compensable on-the-job injury to her back.

14.     Plaintiff could not continued working after she sustained her compensable on-the-job injury until the present.

15.     To date, Plaintiff has not been released by his doctor and has been unable to continue her regular duties due to the injury.

16.     On or about January 15, 2002, Plaintiff discussed the accident and injury with the management of Defendant NDAMC, L.L.C.

17.     On or about January 16, 2002, Plaintiff went to a doctor for treatment of the compensable on-the-job injury.

18.     On or about February 25, 2002, Defendant NDAMC, L.L.C., terminated

Plaintiff's medical insurance and employment.

19.    Plaintiff cannot return to work due to Defendant NDAMC, L.L.C.'s termination of her employment.

### CAUSE OF ACTION

20.    Defendant had the duty to provide Plaintiff with a safe working environment and Defendant breached that duty by the following negligent acts or omissions:

        a.    Defendant instructing the Plaintiff to work in an unsafe environment;

        b.    Defendant refusal to assist the Plaintiff in an unsafe environment;

        c.    Not furnishing the Plaintiff with safe and suitable equipment, machinery, implements, and appliances;

        d.    Failing to instruct the Plaintiff on the proper methods for safe working conditions;

        e.    Failing to have safety meetings;

        f.    Failing to provide written material regarding safety procedures;

        g.    Failing to provide annual or periodic reviews regarding safety procedures;

        h.    Failing to verify that Plaintiff knew or understood safety procedures; and

        i.    Failing to establish and enforce safety rules.

Each of the foregoing negligent acts and omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages which are described below.

### DAMAGES

21.    Plaintiff sustained the following damages as a result of the actions and/or omissions of Defendant described hereinabove:

        a.    All reasonable and necessary Attorney's fees incurred by or on behalf of Plaintiff, including all fees necessary in the event of an appeal of

this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just as provided by the Texas Civil Practice and Remedies Code section 38.001(2). All conditions precedent have been performed or have occurred;

b.  Back pay from the date that Plaintiff was terminated and interest on the back pay in an amount to compensate Plaintiff as the Court deems equitable and just;

c.  All reasonable and necessary costs incurred in pursuit of this suit;

d.  Emotional pain;

e.  Expert fees as the Court deems appropriate;

f.  Front pay in an amount the Court deems equitable and just to make Plaintiff whole;

g.  Inconvenience;

h.  Pre and Post judgment interest;

i.  Loss of enjoyment of life;

j.  Mental anguish in the past;

k.  Mental anguish in the future;

l.  Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

m.  Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

n.  Loss of earnings in the past;

o.  Loss of earning capacity which will, in all probability, be incurred in the future; and

p.  Loss of benefits.

## EXEMPLARY DAMAGES

22.  Plaintiff would further show that the acts and omissions of Defendant complained of herein were committed with malice or reckless indifference to the state-protected rights of the Plaintiff. In order to punish said Defendant for engaging in unlawful business practices and to deter such actions and/or omissions in the future, Plaintiff also

seeks recovery from Defendant for exemplary damages.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Arcadia Velez, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; reasonable attorney's fees and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

SOROLA & GARCIA, P.L.L.C.

By: _____
Louis S. Sorola
Texas Bar No. 00794990
2355 Barnard Road, Suite A
Brownsville, Texas 78520
Tel. (956)542-1600
Fax. (956)544-7766
Attorney for Plaintiff
Arcadia Velez

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS
BY _____ DEPUTY
Rosa Maria Ochoa

# SOROLA & GARCIA, P.L.L.C.

**LOUIS S. SOROLA**

2355 Barnard Rd.
Suite A
Brownsville, Texas 78520

**ATTORNEYS AT LAW**

March 5, 2002

**GABRIELA GARCIA**

Tel  (956) 504-2911
Tel  (956) 542-1600
Fax (956) 544-7766

Ms. Aurora De La Garza
Cameron County District Clerk
974 E. Harrison
Brownsville, Texas 78520

RE:    Arcadia Velez v. NDMAC, L.L.C.

Dear Ms. De La Garza;

Enclosed, please find a Plaintiff's Original Petition and two (2) copies along with a check for $183.00 for filing fees in the above-referenced matter.  Please file the Plaintiff's Original Petition and prepare a citation for service by my office on the following:

Corporation Service Company
800 Brazos, Suite 330
Austin, Texas 78701

Please contact my office when the citation is ready and someone from my staff will pick it up.  If you have any questions, please feel free to contact me at the above address or phone number.  Thank you for your time and consideration.

Sincerely,

Louis S. Sorola

3/6/02
deposit ok

Enclosures

### SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
#### ATTORNEYS AT LAW
IOO NORTH EXPRESSWAY 83
### BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C
C. FRANK WOOD, P C

TEL. (956) 546-3731
FAX (956) 546-3765

March 22, 2002

Mrs. Aurora de la Garza                                    <u>Via Hand Delivery</u>
Cameron County District Clerk
974 East Harrison
Brownsville, TX 78520

     RE:    Cause No. 2002-03-962-B
             Arcadia Velez v. ND A.M.C., LLC

Dear Mrs. de la Garza:

     Enclosed for filing is Defendant's Original Answer in duplicate. Please file-stamp and return one copy for our file.

     By copy of this letter, opposing counsel is being served with a copy of this pleading.

     Thank you for your customary courtesy and assistance.

               Very truly yours,

               Dennis Sanchez

DS/cl
enc.

xc:    Mr. Louis S. Sorola
       Sorola & Garcia, P.L.L.C.
       2355 Barnard Road, Suite A
       Brownsville, TX 78520

**CERTIFIED**
**COPY**



FILED 9:15 O'CLOCK A M
AURORA DE LA GARZA DIST. CLERK

MAR 2 5 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

CAUSE NO. 2002-03-962-B

| | | |
|---|---|---|
| ARCADIA VELEZ | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | 138TH JUDICIAL DISTRICT |
| | § | |
| ND A.M.C., LLC, | § | |
| Defendant. | § | OF CAMERON COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ND A.M.C., LLC, Defendant herein, and files this its Original Answer to Plaintiff's Original Petition filed by Arcadia Velez, and by way of answer and defense would respectfully show unto the Court as follows:

I.

This Defendant denies each and every, all and singular, the allegations set forth in Plaintiff's Original Petition, and demands strict proof thereof.

WHEREFORE, premises considered, Defendant prays Plaintiff be denied the recovery sought, and that Defendant be granted its court costs, and such other and further relief, both at law and in equity, to which it may be justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 -- Telephone
(956) 546-3765 or 546-3766 -- Telecopier

By: _____
    Dennis Sanchez
    State Bar No. 17569600
    ATTORNEY FOR THIRD PARTY
    DEFENDANT ND A.M.C., LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer has been served upon opposing counsel, Louis S. Sorola, Sorola & Garcia, P.L.L.C., 2355 Barnard Road, Suite A, Brownsville, Texas 78520, by certified mail, return receipt requested, with postage fully prepaid, on this _25_ day of March, 2002.

_____
Dennis Sanchez

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS
BY _____ DEPUTY
Rosa Maria Ochoa

L:\D19\19687\Original Answer.wpd

PAGE 2

**CERTIFIED COPY**

Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.002.01

No. 2002-03-000962-B

THE    STATE    OF    TEXAS

*ORIGINAL*

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: NDAMC, L.L.C.
    SERVING ITS REGISTERED AGENT,
    CORPORATION SERVICE COMPANY
    800 BRAZOS, SUITE 330
    AUSTIN, TX 78701

the _____ DEFENDANT _____, GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on MARCH 06, 2002 .  A copy of same accompanies this citation.

The file number of said suit being No. 2002-03-000962-B.

The style of the case is:

ARCADIA VELEZ
VS.
NDAMC, L.L.C.

Said petition was filed in said court by _____ LOUIS S. SOROLA _____ (Attorney for _____ PLAINTIFF _____), whose address is 2355 BARNARD RD STE A BROWNSVILLE TEXAS   78520 .

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 6th day of MARCH , A.D. 2002.

# RETURN OF OFFICER

Came to hand the 16th day of March, 2002, at 3:21 o'clock P.M., and

executed (not executed) on the _____ day of _____, _____, by delivering to

NDAMC, L.L.P.
CORPORATION COMPANY SERVICES        By CMRRR    in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the Plaintiff's Original Petition _____.

Cause of failure to execute this citation is: _____

_____

FEES serving 1 copy

Total....... $ 40.00/xx        Civil Processor
                               Sheriff/constable CAMERON County,

Fees paid by: Plaintiff        By CCGarcia        Deputy

FILED 3:00 O'CLOCK P M
AURORA DE LA GARZA DIST. CLERK

MAR 15 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 1670 0002 2284 9547

Arcadia Veliz

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To NDAMC,
Street, Apt. No.; or PO Box No. 400 Brazos, Suite 330
City, State, ZIP+4 Austin, TX 78701

PS Form

See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NDAMC, L.L.C.
Serving its registered
agent
Corporation Service Comp.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

MAR 2002

C. Signature
X                                     ☐ Agent
                                      ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

2. Service Type

RUN DATE @@
RUN TIME n/ ˜Π

# CIVIL DOCKET · JUDGE'S ENTRIES

## RULE 26-TRCP

## CERTIFIED COPY

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION |
|---|---|---|
| ARCADIA VELEZ<br><br>VS<br><br>NDAMC, L.L.C. | C0501502<br>LOUIS S. SOROLA<br>2355 BARNARD RD STE A<br>BROWNSVILLE TEXAS    78520 0000<br><br>HON. DENNIS SANCHEZ<br>100 NORTH EXPRESSWAY 83<br>BROWNSVILLE, TX. 78521-2284 | (10)<br><br>DAMAGES |

DATE OF ORDERS

COURT'S DOCKET (Rule 26, TRCP)

A TRUE COPY I CERTIFY

AURORA DE LA GARZA, C
DISTRICT COURT, CAMERON COUN

BY _____

Rosa Marie Ochoa