3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARCADIA VELEZ, | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-067 |
| | § | |
| ND A.M.C., LLC | § | |
| Defendant | § | |

## LIST OF INTERESTED INDIVIDUALS AND ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ND A.M.C., L.L.C., herein after referred to as Defendant, and files this List

of Interested individuals or entities for the above referenced cause and would respectfully show unto

this honorable Court as follows:

Plaintiff:
Arcadia Velez
24 East 8th Street
Brownsville, Texas 78520

Defendant:
ND A.M.C., L.L.C.
4550 Coffee Port Road
Brownsville, Texas 78521

Counsel for Plaintiff, Arcadia Valez:
Hon. Louis S. Sorola
2355 Barnard Road, Suite A
Brownsville, Texas 78520

Counsel for Defendant:
Hon. Dennis Sanchez
Hon. C. Frank Wood
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78520

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 -- Telephone
(956) 546-3765 -- Telecopier

By:_____
      Dennis M. Sanchez
      State Bar No. 17569600
      Federal ID No. 1594
      C. Frank Wood
      State Bar No. 24028136
      Federal ID No. 29870

      ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **List of Counsel** has been forwarded by U.S. Certified Mail, Return Receipt Requested, postage prepaid to Mr. Louis S. Sorola, counsel for the Plaintiff, at 2355 Barnard Road, Suite A, Brownsville, Texas 78520 on this _8 th_ day of April, 2002.

_____
Dennis Sanchez