UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARCADIA VELEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION B-02-067 |
| | § | |
| ND A.M.C., LLC | § | |

## DEFENDANT'S CERTIFICATE OF FINANCIAL INTERESTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ND A.M.C., LLC, Defendant in the above-styled and numbered cause, and files this its Certificate of all entities which are financially interested in this litigation, pertaining to the Defendant, and would show as follows:

I.

ND A.M.C., LLC is a limited liability company located at the following address: 3300 Nafta Parkway, Suite A, Nafta Industrial Park, Brownsville, Texas 78521; telephone number: (956) 831-8551; fax number: (956) 831-8968.

ND A.M.C., LLC consists of the following two members: AAMC, Inc., a Texas corporation, located at 4550 Coffee Port Road, Brownsville, Texas 78521; and C&C Enterprises, Inc., a Delaware corporation registered at C.S.C. Corporation Service Company, 1013 Centre Road, Wilmington, DE 19805.

ND A.M.C., LLC has no subsidiaries. None of the companies listed above are publicly-traded corporations.