UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 1 2002

Michael N. Milby
Clerk of Court

| ARCALIA VELEZ | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| NDAMC LLC | § | B:02-67 |

## MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LOUIS S. SOROLA and asks this Court to allow him to withdraw as attorney in charge for Arcalia Velez.

I.

There is good cause for this court to grant the motion to withdraw because a conflict has arisen that precludes attorney's continued representation. Please refer to Exhibit A attached.

II.

LOUIS S. SOROLA has delivered a copy of this motion to Arcalia Velez and has notified her in writing by both certified and regular mail, of the motion.

III.

Arcalia Velez's last known address is 24 East 8th Street, Brownsville, Texas 78520.

IV.

The following is a list of all pending settings and deadlines in this case:

Initial pre-trial conference ser for August 6, 2002 has been reset to August 12, 2002 at 2:15 p.m.

V.

**WHEREFORE, PREMISES CONSIDERED**, LOUIS S. SOROLA asks this court to grant his motion to withdraw.

Respectfully submitted,

Sorola & Garcia, P.L.L.C.

By: _____
Louis S. Sorola
Texas State Bar No. 00794990
Federal ID No. 19533
2355 Barnard, Suite A
Brownsville, Texas 78523
Tel. (956) 504-2911
Fax (956) 544-7766

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Withdraw has been forwarded via CMRRR No.: **7099 3400 0014 6144 3306** on this the 30th day of July 2002: to the following:                    and via facsimile to:

Arcalia Velez                              Dennis M. Sanchez
24 East 8th Street                         (956) 546-3765
Brownsville, Texas 78520                   Attorney for Defendant

_____
Louis S. Sorola

# Exhibit "A"

# SOROLA & GARCIA, P.L.L.C.

**LOUIS S. SOROLA**  
2355 Barnard Rd.  
Suite A  
Brownsville, Texas 78520

ATTORNEYS AT LAW

**GABRIELA GARCIA**  
Tel (956) 504-2911  
Tel (956) 542-1600  
Fax (956) 544-7766

**ATTORNEY-CLIENT COMMUNICATION: THIS DOCUMENT AND ITS CONTENTS CONSTITUTE LEGALLY PRIVILEGED INFORMATION**

April 15, 2002

**VIA HAND DELIVERY**

Ms. Arcadia Velez  
24 East 8th Street  
Brownsville, Texas 78520

Re:   *Arcadia Velez v. ND A.M.C., LLC*; Cause No. 2002-03-962-B.

Dear Ms. Velez;

    Please be advised that my law firm and I hereby must withdraw from representing you in the above-referenced matter. We understand you are picking up your entire file, including all records and written summaries that you have provided to this firm. To aid in your search for a new attorney, we hereby withdraw any claims that our law firm or I may have had under our attorney fee agreement.

    **IT IS RECOMMENDED THAT YOU CONTACT ANOTHER ATTORNEY OR THE LAWYER'S REFERRAL SERVICE (TO LOCATE ANOTHER ATTORNEY), IMMEDIATELY IF YOU WISH TO PROCEED WITH THE ABOVE MENTIONED LEGAL MATTER.**

    The information that you supplied to us indicated that your cause of action arose under a violation of state law and a lawsuit was filed on your behalf as referenced above. Since the filing of the lawsuit in state court, your lawsuit has been removed to federal court because any claim you have is subject to the Employee Retirement Income Security Act of 1974 (ERISA). Pursuant to ERISA, your only recourse at this time is to follow the procedures outlined by the benefit plan. We believe it is in your best interest to comply with the offer of your employer and accept disability pay and medical treatment. Your employer has offered to accept any treating doctor of your choice and to provide disability benefits to you.

    Pursuant to a letter sent to you on April 10, 2002 by your employer, after today you will lose all COBRA and other benefits under the plan provided by your employer. There are no current hearing set in federal court but be advised that as soon as we receive a hearing order from the court, we will be filing a motion to withdraw as your attorneys of record. Of course, we will cooperate with any new attorney you retain.

Very truly yours,

Louis S. Sorola

## Individual Acknowledgment:

I have received and read the above letter. I acknowledge that the law firm has withdrawn from the case and is no longer going to represent me. Accordingly, I must comply with any court deadlines or statute of limitations which may be applicable to the legal matter. I have received all of the documents and physical objects back from the above attorney.

I acknowledge that no attorney-client relationship now exists between myself and the attorney who wrote this letter or SOROLA & GARCIA, P.L.L.C..


Signed on this _____ day of _____, 2002.


_____
Arcadia Velez

# SOROLA & GARCIA, P.L.L.C.

**LOUIS S. SOROLA**
2355 Barnard Rd.
Suite A
Brownsville, Texas 78520

ATTORNEYS AT LAW

**GABRIELA GARCIA**
Tel (956) 504-2911
Tel (956) 542-1600
Fax (956) 544-7766

COMUNCACION ENTRE ABOGADO Y CLIENTE: ESTE DOCUMENTO
Y SU CONTENIDO CONSTITUYE INFORMACION PRIVILIGIADA

15 de Abril, 2002

<u>ENTREGADA EN PERSONA</u>

Sra. Arcadia Velez
24 East 8th Street
Brownsville, Texas  78520

  Re: *Cause No. 2002-03-962-B*
     *Arcadia Velez v. N.D.A.M.C., L.L.C.;*

Estimada Sra. Velez,

Nuestro despacho debera retirarese de representarle en el caso nombrado anteriormente. Entendemos que usted recojera su expediente que incluye todos los documentos que usted nos entrego durante el tiempo que la representamos. Nuestro despacho no mantiene ningun interes en su caso al igual que no mantenemos un interes en el contrato que usted firmo con nuestro despacho.

LE RECOMENDIO QUE LLAME A OTRO ABOGADO O SERVICIO LEGAL (PARA QUE LE ASISTAN EN ENCONTRAR OTRO ABOGADO) IMEDIATAMENTE SI DESEA SEGUIR CON SU DEMANDA.

La informacion que usted nos otorgo nos indico que su demanda se dio acabo bajo violacion de ley estatal. Despues de que archivamos su demanda en la corte estatal, su demanda se mando a corte federal por que su reclamo es parte del acto federal nombrado "Employee Retirement Income Security Act of 1974 (ERISA)". El acto de ERISA require que en este momento su unico recurso es aceptar el plan de beneficios y siga con los beneficios asi como dicta el plan de beneficios. Le aconsejamos que es en su mejor interes que acepte el tratamiento medico y que acepte su pago de incapacidad que le otorga la empresa. La empresa acepta que usted escoja su doctor y la empresa le pagara su incapacidad.

La carta que la empresa le mando el dia 10 de Abril 2002 le avisa que despues de este dia usted perdera todos los beneficios bajo el plan de beneficios o cualquier benfecio bajo COBRA que le otorga la empresa.

1a pagina de 2

Al momento, no hay ninguna audencia pendiente en la corte federal o la corte estatal. Al momento que nos den aviso de cualquier audencia, nuestro despacho archivara la mocion para ser retirado como sus abogados. Si usted contrato a otro abogado, nuestro despacho le brindara cualquier informacion necesaria.

Atentamente,


Louis S. Sorola

> **Recibi y lei esta carta. Reconozco que el despacho se retira de mi caso y que no me representa. Estoy de acuerdo que cumplire con las fechas que fije la corte y las fechas fijadas bajo la ley que se aplican a mi caso. Yo recibi todos los documentos del despacho legal.**
>
> **Reconozco que no hay ninguna relacion legal o contrato entre el despacho legal Sorola & Garcia, P.L.L.C. y entre mi.**

Firmado dia __15__ de Abril, 2002.

_____
Arcadia Velez