IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arcalia Velez, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-067 |
| NDAMC, L.L.C., | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on August 8, 2002, the Court **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 2:00 p.m. on Friday, August 9, 2002.

IT IS FURTHER **ORDERED** that the parties shall at the time of the Initial Pretrial Conference on August 12, 2002, show cause why they should not be sanctioned for failing to file a Joint Discovery / Case Management Plan as previously ordered by this Court [Dkt. No. 2].

DONE at Brownsville, Texas, this 8th day of August 2002.

Hilda G. Tagle
United States District Judge