9

## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
AUG 12 2002
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Lehrman |
| DATE | 08 — 12 — 02 |
| TIME | 2:20 p.m. — 2:45 p.m. |
| CIVIL ACTION | B — 02 — 067 |
| STYLE | Velez  *versus*  NDAMC LLC |

DOCKET ENTRY    *Int. Karen Peña*

(HGT) ■ Hearing:           (Rptr. Breck Record )

Louis Sorola     for   ■ Ptf. # _____  ☐ Deft. # _____
Dennis Sanchez   for   ☐ Ptf. # _____  ■ Deft. # _____

■     Order to be entered: A scheduling order will be entered.

1.   The parties agreed to attempt mediation within the next couple of weeks with Judge Recio and would confer with him this afternoon regarding scheduling.

2.   The Court DENIED Plaintiff's Motion to Withdraw As Attorney in Charge [Dkt. No. 6]. However, if Plaintiff reurges the motion after September 11, 2002, the Court will reconsider.