IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| ARCADIA VELEZ, | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-067 |
| | § | |
| NDAMC, L.L.C., | § | |
| Defendants. | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: 2 days — Jury Trial

2. Mediation shall be conducted on: — August 20, 2002

3. New Parties must be joined by: — August 30, 2002

4. The Plaintiff's experts will be named with a report furnished by: — November 15, 2002

5. The Defendant's experts must be named with a report furnished within 30 days of the deposition of the Plaintiff's expert.

6. Discovery must be completed by: — January 6, 200~~2~~ 3

7. Dispositive Motions will be filed by: — 2/7/03

8. Joint pretrial order is due: — 4/16/03

9. Docket Call and final pretrial conference is set for 1:30 p.m. on: — 5/1/03

10. Jury Selection is set for 9:00 a.m. on: — 5/5/03

The case will remain on standby until tried.

Signed August 16, 20 02, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

1

Counsel for Plaintiff _____ Date 8-13-02

Louis S. Sorola
Sorola & Garcia, P.L.L.C.
Texas Bar No. 00794990
Fed Id No. 19533
2355 Barnard, Suite A
Brownsville, Texas 78520
Telephone number: (956) 504-2911
Facsimile number: (956) 544-7766
Attorney-in-Charge for
Plaintiff, Arcelia Velez


Counsel for Defendant _____ Date 8-13-02

Dennis M. Sanchez
Sanchez, Whitting, Janis & Zabarte, L.L.P.
Texas Bar No. 17569600
Fed Id No. 1594
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone number: (956) 546-3731
Facsimile number: (956) 546-3765
Attorney-in-Charge for
Defendant, NDAMC., L.L.C.