**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

AUG 2 0 2002

Michael N. Milby
Clerk of Court

Deputy Clerk:   Sally Garcia
Law Clerk:      Ryan A Byrd
CSO:            Willie Canant

Date:   August 20, 2002, 9:00 am

C.A. NO. B-01-067 (HGT)

| ARCADIA VELEZ | * | Louis S Sorola |
| vs | * | |
| ND A.M.C., LLC | * | Dennis M Sanchez |

### MEDIATION MINUTES

Plaintiff did not appear. Attorney Sorola appeared.

Defendant's representative and attorney Sanchez appeared.

MEDIATION CANCELLED.