/3

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

| | | |
|---|---|---|
| ARCADIA VELEZ | § | SEP 0 6 2002 |
| | § | Michael N. Milby, Clerk of Court |
| versus | § | CIVIL ACTION: B-02-67 By Deputy Clerk |
| | § | |
| NDAMC, L.L.C. | § | |

## ORDER SETTING CONFERENCE

1.    A status conference will be held on:

*September 23*, 2002,

at **3:00 p**.m.

before the Honorable Hilda G. Tagle
Third Floor-Courtroom No. 3
United States Courthouse
600 East Harrison Street, #306
Brownsville, Texas  78520

2.    To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.    Counsel in charge of a case must appear at all hearings or conferences.  A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client.  The motion to appear must be ruled on in advance of the hearing or conference date. ***Mr. Dennis Sanchez is permitted to appear by phone for the purpose of this hearing***

Signed *September 5*, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge