/4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

SEP 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARCALIA VELEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B:02-67 |
| | § | |
| NDAMC LLC | § | |

## SECOND UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Louis S. Sorola and asks this Court to allow him to withdraw as attorney in charge for Arcalia Velez.

I.

There is good cause for this Court to grant the motion to withdraw because a conflict has arisen that precludes attorney's continued representation.

II.

Mediation was scheduled for August 20, 2002, at 9:00 a.m. with United States Magistrate Judge Felix Recio as mediator. Plaintiff was informed of the time and location of the mediation by Movant and Movant's law partner, Gabriela Garcia, and in the presence of Defense Counsel, Dennis M. Sanchez. Counsel for Plaintiff, Counsel for Defendant, and Defendant's representatives were present. Plaintiff failed to attend the mediation at 9:00 a.m., and did not contact Movant until 10:30 a.m.

III.

Louis S. Sorola has hand delivered a copy of this motion to Arcalia Velez and attached as Exhibit "A" a copy of the Order Setting Conference and has notified her in writing by both certified and first class mail, of the second motion.

IV.

Arcalia Velez' last known address is 24 East 8th Street, Brownsville, Texas 78520.

V.

Attached as Exhibit "B" is the scheduling order in this civil action which lists all pending settings and deadlines in this case:

VI.

**WHEREFORE, PREMISES CONSIDERED**, Louis S. Sorola asks this court to grant his motion to withdraw.

Respectfully submitted,

Sorola & Garcia, P.L.L.C.

By: _____

Louis S. Sorola
Texas State Bar No. 00794990
Federal ID No. 19533
2355 Barnard, Suite A
Brownsville, Texas 78523
Tel. (956) 504-2911
Fax (956) 544-7766

## CERTIFICATE OF CONFERENCE

I certify that I have discussed this Second Unopposed Motion to Withdraw with the Attorney in Charge for Defendant and he is unopposed to this motion.

_____
Louis S. Sorola

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Withdraw has been forwarded via hand delivery, certified and first class mail on this the 17th day of September, 2002, to the following:

Arcalia Velez
24 East 8th Street
Brownsville, Texas 78520

and via facsimile to:

Dennis M. Sanchez
(956) 546-3765
Attorney in Charge for Defendant

_____
Louis S. Sorola

Page 3 of 4

*/3*

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

| | | |
|---|---|---|
| ARCADIA VELEZ | § | SEP 0 6 2002 |
| | § | |
| *versus* | § | CIVIL ACTION: B-02-67 |
| | § | Michael N. Milby, Clerk of Court |
| NDAMC, L.L.C. | § | By Deputy Clerk |

## ORDER SETTING CONFERENCE

1.    A status conference will be held on:

September 23, 2002,

at 3:00 p.m.

before the Honorable Hilda G. Tagle
Third Floor-Courtroom No. 3
United States Courthouse
600 East Harrison Street, #306
Brownsville, Texas  78520

2.    To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.    Counsel in charge of a case must appear at all hearings or conferences.  A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client.  The motion to appear must be ruled on in advance of the hearing or conference date. *Mr. Dennis Sanchez is permitted to appear by phone for the purpose of this hearing*

Signed September 5, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARCADIA VELEZ,<br>Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-02-067 |
| NDAMC,L.L.C.,<br>Defendants. | §<br>§<br>§ | |

## SCHEDULING ORDER

1.   Trial:   Estimated time to try: 2 days                          Jury Trial

2.   Mediation shall be conducted on:                                August 20, 2002

3.   New Parties must be joined by:                                  August 30, 2002

4.   The Plaintiff's experts will be named with a report furnished by:   November 15, 2002

5.   The Defendant's experts must be named with a report furnished

     within 30 days of the deposition of the Plaintiff's expert.

6.   Discovery must be completed by:                                 January 6, 2003

7.   Dispositive Motions will be filed by:                           2/1/03

8.   Joint pretrial order is due:                                    4/16/03

9.   Docket Call and final pretrial conference is set for 1:30 p.m. on :   5/1/03

10.  Jury Selection is set for 9:00 a.m. on:                         5/5/03

The case will remain on standby until tried.

     Signed _August 16_, 20 _02_, at Brownsville, Texas.

                                    Hilda G. Tagle
                                    United States District Judge

1

## Exhibit B

Counsel for Plaintiff _____ Date 8-13-02

Louis S. Sorola
Sorola & Garcia, P.L.L.C.
Texas Bar No. 00794990
Fed Id No. 19533
2355 Barnard, Suite A
Brownsville, Texas 78520
Telephone number: (956) 504-2911
Facsimile number: (956) 544-7766
Attorney-in-Charge for
Plaintiff, Arcelia Velez

Counsel for Defendant _____ Date 8-13-02

Dennis M. Sanchez
Sanchez, Whitting, Janis & Zabarte, L.L.P.
Texas Bar No. 17569600
Fed Id No. 1594
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone number: (956) 546-3731
Facsimile number: (956) 546-3765
Attorney-in-Charge for
Defendant, NDAMC., L.L.C.

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ARCALIA VELEZ** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B:02-67** |
| | § | |
| **NDAMC LLC** | § | |

## ORDER ON MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

On this the ____ day of _____, 2002, came to be heard the

Movant's Second Unopposed Motion to Withdraw.

Said order is hereby

Granted                    Denied.

Signed for entry on this the _____ day of _____, 2002.

_____
JUDGE PRESIDING

Page 4 of 4