*15*

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas          ☐ Levesque |

United States District Court
Southern District of Texas
FILED

SEP 2 3 2002

Michael N. Milby, Clerk of Court

| DATE | 09 | 23 | 02 |
|---|---|---|---|

| TIME | | a.m. | | a.m. |
|---|---|---|---|---|
| | 3:20 | p.m. | 3:40 | p.m. |

| CIVIL ACTION | B | 02 | 067 |
|---|---|---|---|

| STYLE | Velez |
|---|---|
| | *versus* |
| | NDAMC LLC |

## DOCKET ENTRY

(HGT) ■ Status Conference:                    (Rptr.   Breck Record   )

Louis Sorola            for    ■ Ptf. #_____  ☐ Deft. #_____

Dennis Sanchez          for    ☐ Ptf. #_____  ■ Deft. #_____

1.    Mr. Sorola's motion to withdraw has been granted and an order will be entered.

2.    The plaintiff has met with new counsel but has not hired anyone to represent her.

3.    Mr. Sorola will make plaintiff's file available to her before the close of business today.

4.    The Court advised the parties that the deadlines currently in place will not be continued.