*16*

United States District Court
Southern District of Texas
ENTERED

**SEP 2 6 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

ARCALIA VELEZ                    §
                                 §
VS.                              §        CIVIL ACTION NO. B:02-67
                                 §
                                 §
NDAMC LLC                        §

## ORDER ON MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

On this the 23 day of September, 2002, came to be heard the

Movant's Second Unopposed Motion to Withdraw.

Said order is hereby

Granted                              Denied.

Signed for entry on this the 23 day of September, 2002.

_____
JUDGE PRESIDING