*18*

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville    Division

United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARCADIA VELEZ, | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| Vs. | § | |
| | § | |
| | § | C.A. NO. B-02-067 |
| ND A.M.C., L.L.C., | § | |
| | § | |
| | § | |
| Defendant. | § | |

Defendant ND A.M.C. L.L.C.'S
MOTION TO COMPEL ARBITRATION
AND TO STAY PROCEEDINGS

1. COMES NOW Defendant ND A.M.C. L.L.C. ("NARDI" or "Company") in the above case, and pursuant to the *Federal Arbitration Act* ("FAA") (9 U.S.C. §§ 3 and 4) moves the court for an order referring this case to final and binding arbitration, as provided by the Defendant's Alternative Dispute Resolution Program. In support thereof Defendant submits for the court's consideration the matters stated below.

2. This is an employment case in which Plaintiff alleges claims for an on-the-job injury and termination of employment. On or about March 6, 2002 the Plaintiff filed this lawsuit in state district court. On or about March 25, 2002 Defendant filed its answer in state court. On or about April 5, 2002 Defendant removed

this case to federal court based on federal question jurisdiction under the *Employee Retirement Income Security Act* ("ERISA"). On or about September 26, 2002, the court entered an order granting Plaintiff's counsel leave to withdraw. Plaintiff at present has no counsel of record. The parties have not engaged in discovery or undertaken any other significant action in this case as of the date of the filing of this motion.

3.  In this action, Plaintiff, a former employee of Defendant, alleges she sustained an injury while working in the course and scope of employment with Defendant, and that thereafter the company wrongfully terminated her employment. Defendant at all times relevant herein  was a nonsubscriber to worker's compensation insurance, but maintained an Employee Injury Plan which provided benefits for occupational injury. Such Plan is an employee benefits plan subject to ERISA.

4.  Plaintiff terminated her employment by abandoning her job on or about April 16, 2002.  At the time Plaintiff's employment terminated, Defendant had in effect pursuant to the *Federal Arbitration Act*, an Alternative Dispute Resolution ("ADR") Program (See affidavit of Al George, General Manager, attached as Exhibit A.).  Defendant contends this ADR Program applies to Plaintiff's claims herein.

5.  While Plaintiff was employed the company gave Plaintiff and all other employees written notice of the company's Alternative

Dispute Resolution ("ADR") Program (Exhibit B). Plaintiff was given such notice that the ADR program was one of the terms and conditions of employment (Exhibit A). After such notice, Plaintiff continued in employment with the Company.

6.    The ADR Program requires all workplace disputes be submitted to alternative dispute resolution.    The ADR Program mandates mediation as a condition precedent to arbitration. If the dispute is not resolved in mediation, then the ADR Program provides that the dispute be submitted to final and binding arbitration (Exhibit A).

7.    The company's ADR Program provides for both administered and unadministered mediation and arbitration. The ADR Program in all respects complies with the Due Process Protocol of the American Arbitration Association.    Under the terms of the ADR Program, administered proceedings are conducted by the American Arbitration Association (Exhibit A).

8.    Pursuant to section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §3, Defendant requests the court stay proceedings pending mediation and arbitration of Plaintiff's claims. Section 3 of the FAA states that if a suit is brought on an issue covered by an arbitration agreement, "upon being satisfied that the issue involved is such suit or proceeding is referable to arbitration under such an agreement, [the court] shall on

application of one of the parties stay the trial of the action"
pending completion of the arbitration. 9 U.S.C. §3.

8. Upon filing of a motion to stay, the court is to
determine (1) whether there is a written agreement to arbitrate,
and (2) "whether any of the issues raised are within the reach of
that agreement." *Midwest Mechanical Contractors, Inc. v.
Commonwealth Construction Co.*, 801 F.2d 748, 750 (5th Cir. 1986).
"If the issues in the case are within reach of the agreement, the
district court has no discretion under Section 3 to deny the stay."
*Midwest Mechanical* at 751. If the scope of the arbitration clause
is in question, the clause should be construed in favor of
arbitration. *Rojas v. TK Communications, Inc.*, 87 F. 3d 745, 749
(5th Cir. 1996).

9. Defendant and the Plaintiff have an unambiguous agreement
to arbitrate all work-related legal disputes. There is no doubt
that Plaintiff's case is a work-related legal dispute. Therefore,
Plaintiff's claims, causes of action and remedies sought are
clearly "within the reach" of the parties' binding arbitration
agreement. Consequently, all issues raised by the Plaintiff in
this lawsuit are subject to the ADR Program. This case should be
stayed pending mediation and binding arbitration of Plaintiff's
claims.

10. Defendant hereby requests that, pursuant to section 4 of
the FAA, 9 U.S.C. §4, this court compel Plaintiff to arbitrate

Plaintiff's claims asserted herein.   Section 4 of the FAA states in part that:

> A party aggrieved by the alleged failure, neglect, or refusal of another to arbitrate under a written agreement for arbitration may petition any United States district court which, save for such agreement, would have jurisdiction under Title 28, in a civil action or in admiralty of the subject matter of a suit arising out of the controversy between the parties, for an order directing that such arbitration proceed in the manner provided for in such agreement. 9 U.S.C. §4

11.   WHEREFORE, PREMISES CONSIDERED, Defendant prays the court grant this motion and Order such relief as is requested below.

12.   ORDER that pursuant to the *Federal Arbitration Act* this case be referred to Alternative Dispute Resolution as provided by Defendant's Alternative Dispute Resolution Program.

13.   ORDER that proceedings herein be stayed pending completion of mediation, arbitration, or both.

14.   ORDER that Defendant recover against Plaintiff reasonable costs and attorney's fees.

14.   ORDER such other and further relief as is proper and just.

Respectfully submitted,

By: _____
    Dennis Sanchez
    SBN: 17569600
    Fed. ID: 1594
    CCBN:   2004

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 546-3766 - Fax

ATTORNEYS FOR
ND A.M.C., L.L.C.


## CERTIFICATE OF CONFERENCE

### Pursuant to the FRCP and Local Rule 6.A(4)

Plaintiff is not represented by counsel herein. Therefore, prior to filing this motion, counsel for movant was unable to confer with counsel for respondent. Thus, parties are unable to agree about the disposition of this motion.

_____
Dennis Sanchez


## CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit: Ms. Arcadia Velez, 24 East 8th Street, Brownsville, TX 78520; by both first class mail and first class certified mail on November _____ 2002.

_____
Dennis Sanchez

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

| | | |
|---|---|---|
| ARCADIA VELEZ, | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| Vs. | § | |
| | § | |
| | § | C.A. NO. B-02-067 |
| ND A.M.C., L.L.C., | § | |
| | § | |
| | § | |
| Defendant. | § | |

AFFIDAVIT OF AL GEORGE, GENERAL MANAGER
In Support of
*DEFENDANT ND A.M.C. L.L.C.'S*
*MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS*

1.  COMES NOW DEFENDANT ND A.M.C. L.L.C. ("NARDI" or "Company") in the above case, and files this affidavit in support of *DEFENDANT ND A.M.C. L.L.C.'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS.*

2.  "I, Al George, am the General Manager for ND A.M.C. L.L.C.; Brownsville, TX, and have been same continuously since January 2000. I am over the age of 18 years, have never been convicted of a crime of moral turpitude, and am in all respects competent to give testimony herein.

3.  "In April 2002 the company adopted an Alternative Dispute Resolution ("ADR") Program pursuant to the *Federal Arbitration Act.*



The ADR Program requires that all workplace disputes be submitted to mediation, final and binding arbitration, or both. The company's ADR Program provides for both administered and unadministered mediation and arbitration. Under the terms of the ADR Program, administered proceedings are conducted by the American Arbitration Association.

4.    "During April 2002 all employees including plaintiff were given written notice of the ADR Program. Employees were given copies of the ADR Program documents. The company gave plaintiff copies of such documents in both English and Spanish. After the company gave such notice to plaintiff, she remained employed with the company.

5.    "After stating that she had been injured at work, plaintiff took medical leave beginning on or about January 16, 2002. Plaintiff filed this lawsuit on March 25, 2002, while she was on medical leave and before she her employment terminated by abandoning her job.

6.    "The company on or about April 10, 2002 gave plaintiff notice that her medical leave was ending, and asked plaintiff to advise the company regarding her intentions to resume work. Plaintiff did not respond to such request. After plaintiff failed to respond as requested, plaintiff's employment was terminated on or about April 16, 2002."

7.   Further affiant says not.

Respectfully Submitted,

Al George, General Manager
ND A.M.C., LLC
3300 NAFTA Parkway - Suite A
NAFTA Industrial Park
Brownsville, TX 78521
956.831.8551 telephone
956.831.8968 telecopier

STATE OF TEXAS            §
                          §
COUNTY OF CAMERON         §

    Before me the undersigned authority personally appeared Al
George, who upon oath swears that the above statements made by him
are true and correct based on personal knowledge.

CHRISTINA LOGAN
Notary Public, State of Texas
My Commission Expires
June 14, 2005

Name:

My Commission
Expires:                  NOTARY in and for the STATE OF TEXAS

# ND A.M.C., LLC

## Automotive Wood-Trim Specialist



April 10, 2002

TO:

Ms. Arcadia Velez
24 East 8th Street
Brownsville, Texas 78520

RE:           Terms and Conditions of Employment

SUBJECT    Alternative Dispute Resolution ("ADR") Program

Dear Ms. Velez:

Enclosed is a copy of the Alternative Dispute Resolution ("ADR") Program which the Company has adopted, and a Spanish translation of same. However, the English version is the official document. Also enclosed is an extra copy of the notice to employees regarding the adoption of the ADR Program (Notice, C-3&4).

The ADR Program applies to all applicants, employees, and former employees. Under the ADR Program, all workplace disputes must be submitted to mediation, arbitration, or both.

Please call if you have any questions regarding these matters.

Sincerely,

AL GEORGE
General Manager

Enclosures: As stated above



3300 NAFTA Pkwy Suite A                    NAFTA Industrial Park                    Brownsville, Texas 78521
Phone: (956) 831-8551                         Fax: (956) 831-8968                      E-Mail: Ndamcllc@ndamc.com

# ND A.M.C., LLC

## Automotive Wood-Trim Specialist



| | | |
|---|---|---|
| TO | : | EMPLOYEES |
| FROM | : | Management, by - |
| RE | : | ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROGRAM |
| SUBJECT | : | ADOPTION OF ADR PROGRAM |

---

### NOTICE TO EMPLOYEES

The company has adopted an Alternative Dispute Resolution ("ADR")Program. The **ADR Program requires** that all work-related legal **Disputes be submitted to an informal dispute resolution process, including mediation, final and binding arbitration, or both.** The ADR Program applies to parties including the company, **applicants for employment, employees, and former employees.** *Acceptance of the ADR Program is a condition of submitting an application for employment, employment, and continued employment.*

Please note your receipt and acceptance of this memo by signing below, and returning the original copy to management. The attached copy of this memo, marked "copy" is for you to keep.

The company's ADR Program is **enacted pursuant to the** *Federal Arbitration Act,* **and administered by the American Arbitration Association.** In the near future the company will distribute to each employee a copy of the ADR Program. Also in the near future, there will be a general staff meeting in order to review the ADR Program. Until then, additional information is available upon request to company management.

---

### RECEIVED AND ACCEPTED:

Date: _____

_____
Signature of Employee


_____
Print Name Above

_____-_____-_____
Social Security Number

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

001

====================================================================

## ALTERNATIVE  DISPUTE  RESOLUTION  PROGRAM

### FOR  WORK-RELATED  LEGAL  DISPUTES

**ADOPTED PURSUANT TO THE *FEDERAL ARBITRATION ACT***

====================================================================

THE  RIO  FOUNDATION d/b/a

# RIO MANAGEMENT SERVICES

POST OFFICE BOX 2897
## SOUTH PADRE ISLAND, TX 78597
956.761.6644 • 800.891.4554 TELEPHONE  •  TELECOPIER  956.761.7424  • 800.891.4566

ALTERNATIVE  DISPUTE  RESOLUTION  PROGRAM  • COPYRIGHT – RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

# TABLE OF CONTENTS

I.      Introduction to the Alternative Dispute Program ................................................ 1

    A.      Adoption   and Amendment  .................................................................. 1

    B.      Alternative Dispute Resolution ("ADR") Program  ............................. 2

            1.   Purpose and Procedures  .................................................. 2
            2.   Step 1 -  Open Door Policy  ............................................... 2
            3.   Step 2 -  Internal Complaint Review Procedure  .............. 2,3
            4.   Step 3 -  Mediation ........................................................... 3
            5.   Step 4 -  Arbitration .......................................................... 3

    C.      Summary of ADR Program ................................................... 4, 5

    D.      Source, Purpose and Scope ................................................. 5

            1.   *Federal Arbitration Act* ..................................................... 5
            2.   Persons Subject to ADR Program ..................................... 5
            3.   Disputes  Subject to ADR Program .................................... 5, 6
            4.   ADR Program Is a Contract .............................................. 6

    E.      Procedures ......................................................................... 6

            1.   Levels of Dispute Resolution  ........................................... 6
            2.   Time: Duration of Proceedings  ........................................ 6
            3.   Internal Complaint Procedure  ......................................... 6, 7

ALTERNATIVE  DISPUTE  RESOLUTION  PROGRAM  • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

D.    Miscellaneous Matters ........................................................    14

    1. Interpretation of ADR Program, Policy, and Procedures ...............    14
    2. Applicable ADR Program ...........................................    14
    3. Successorship ...................................................    14
    4. Integration ....................................................    14
    5. Savings Clause .................................................    14
    6. Drafting of this Document ......................................    14
    7. Translation into Foreign Language ..............................    15
    8. Obtaining More Information .....................................    15

## EXHIBITS

Exhibit A -    OPEN DOOR .......................................................    15,16

Exhibit B -    INTERNAL COMPLAINT REVIEW PROCEDURE ............    17,18

Exhibit C -    Notices for Applicants, Employees and Others  .......................    19-29

Exhibit D-    AMERICAN ARBITRATION ASSOCIATION'S
*National Rules for the Resolution of Employment Disputes*
*(Including Mediation and Arbitration Rules)*
As Amended and Effective on January 1, 1999 ...............................................    30(1-23)

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

B. Alternative Dispute Resolution ("ADR") Program

1.    Purpose and Procedures

4.    The purpose of the company's Alternative Dispute Resolution Program is to resolve workplace and commercial legal disputes without litigation in court. Alternative Dispute Resolution provides an impartial, prompt, private, and cost efficient process by which to resolve legal disputes.

The ADR Program consists of four steps,

Step 1- Open Door,

Step 2- Internal Complaint Review Procedure,

Step 3- Mediation, and

Step 4- Arbitration.

2.    Step 1 - Open Door Policy

5.    The Open Door policy ("Open Door") is a procedure whereby applicants, employees, and former employees can meet promptly, directly and informally with management to discuss concerns and perceived problems. A copy of the current Open Door policy is attached (See Exhibit A- Open Door, pages 16 - 17.). Use of the Open Door is the first step in the ADR Program. The informal dispute resolution in the Open Door process must be complete within five (5) regular business day. If the parties are unable to resolve the dispute by using the Open Door, or if the matter is not resolved within the five (5) day period, then the employee has two choices. The employee may either proceed by using the "Internal Complaint Review Procedure" (See paragraph 6, *Internal Complaint Review Procedure;* and, Exhibit B- Internal Complaint Review Procedure, pages 18 - 19.), or, the employee may demand the dispute be submitted to "mediation" (See paragraphs 22 and 23, *Mediation;* and, paragraph 30, *Demand for Mediation, Arbitration, or Both,* below.). Informal discussion pursuant to the Open Door policy (Step 1) is required before a party can request mediation (Step 3).

3.    Step 2 - Internal Complaint Review Procedure

6.    If the parties are unable to resolve the dispute by using the Open Door, as stated above, then the employee has two choices. The employee may either proceed by using the "Internal Complaint Review Procedure" (See paragraph 5, above; and, Exhibit A- Company Policies Relevant to the Alternative Dispute Resolution Program/ Open Door and Internal Complaint Review Procedure,

## C. Summary of ADR Program

9.    The ADR Program is explained in this document.  There are four (4) steps, in the dispute resolution process under the ADR Program.  The primary purpose of the ADR Program is to require all legal disputes be submitted to ADR rather than litigation in court.  The first step in the  process is informal discussion between or among employees and management  pursuant to the Open Door Policy (Step 1).  Next the employee may choose to submit the dispute to the Internal Complaint Review Procedure  (Step 2), or, demand the dispute be submitted to  mediation (Step 3). If the dispute is not resolved in mediation, then a party may demand the dispute be submitted to final and binding arbitration (Step 4).  Informal discussion pursuant to the Open Door  (Step 1), must be conducted before a party can demand mediation (Step 3), and mediation must be conducted before a party can demand final and binding arbitration (Step 4).  During the informal discussions pursuant to the Open Door Policy (Step 1), the Internal Complaint Review Procedure  (Step 2),  and mediation (Step 3), the parties seek to reach a *voluntary* settlement of the dispute.  In contrast to the voluntary nature of the process in Steps 1, 2, and 3, in arbitration, the arbitrator hears the evidence, decides the case, and issues a  final and binding decision ("award"), which is legally enforceable in court  The current applicable procedures for mediation and arbitration can be obtained from management, or directly from the American Arbitration Association (See paragraphs 33 and 59, below.).

10.    A party can  select either "administered" or "unadministered" mediation proceedings (See paragraphs 21 - 28, *Administration*, below.).  "Unadministered" proceedings are more informal. In unadministered mediation proceedings the parties, the mediator, or both, determine the procedures they will follow.  If the parties cannot agree on an unadministered mediation, or if a party selects "administered" mediation proceeding,  such proceeding is administered by   the American Arbitration Association ("AAA").    The Program Sponsor (employer)  pays all costs of unadministered mediation proceedings. However, when a party other than the company requests an administered mediation, then the party making the request must pay a portion of the expenses (See paragraphs 25 - 28, *Costs*, below.).  Arbitration is always administered by the AAA.  If a party other than the company demands arbitration, the party must pay  a nominal filing fee (See paragraphs 25 - 28, *Costs*, below.).  The company pays all other costs of arbitration. The AAA has different procedural rules for employment-related disputes and commercial disputes.

11.    The company's ADR Program provides that  mediation is always conducted by a single neutral ("mediator"), and that arbitration  usually be  conducted before a single neutral ("arbitrator") (See paragraph 22, *Mediation*; paragraph 24, *Arbitration*; and, paragraph 28, *Costs*, below.).  A single neutral is used in order to save expenses.  However, a party may demand arbitration before a panel of three (3) arbitrators (a "tribunal") if the party demanding the tribunal pays the additional costs (See paragraph 28, *Allocation of Costs*, below.).   A  party who refuses to follow the ADR Program may be liable for breach of contract, and costs,  reasonable attorney's fees, or both,  may be assessed against such party (See paragraph 17, *ADR Program is a Contract*; and, paragraph 49,

ALTERNATIVE  DISPUTE  RESOLUTION  PROGRAM  · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

4

company (including managers and owners) and employees, and disputes between and among any and all employees (including applicants and former employees). Workers' compensations claims are *not* included.

### 4.   *ADR Program Is a Contract*

17.    The ADR Program is a contract. As a contract, the ADR Program is binding on the company and those persons and entities who accept benefits from the company (for example, applicants who apply for employment, and employees who accept wages) after such parties knew or should have known of the existence of the ADR Program. *Acceptance* of the ADR Program by an applicant, or employee, *is one of the terms and conditions of employment and continued employment.* Refusal to follow the ADR Program can constitute a breach of contract for which the defaulting party may be liable to pay costs and reasonable attorney's fees incurred by the nondefaulting party (-ies) (See paragraphs 39 - 44, *Legal Services Benefit*; and 49, *Refusal to Follow ADR Program*, below.).

### E. Procedures

### 1.   *Levels of Dispute Resolution*

18.    The ADR Program consists of four steps,  Step 1- Open Door , Step 2- Internal Complaint Review Procedure, Step 3- Mediation, and,  Step 4- Arbitration.

### 2.   *Time: Duration of Proceedings*

19.    It is the ADR Program's goal to complete unadministered mediation (See paragraphs 21 - 23, *Administration*, below.) within 30 days after demand for such is made (See paragraph 30, *Demand for Mediation, Arbitration, or Both*, below.). However, depending on the nature of the dispute, a longer time period may be required. ADR Proceedings conducted by the AAA are subject to the applicable rules of the AAA (See, for example, Exhibit B- *American Arbitration Association - National Rules for the Resolution of Employment Disputes*.).

### 3.   *Internal Complaint Review Procedure*

20.    The company's guidelines for personnel administration provide for an "Internal Complaint Review Procedure." (See Exhibit A, pages 15 - 16.). The Internal Complaint Review Procedure is part of ADR Program. While the Employee Handbook may contain information regarding the procedures for filing internal complaints and using the Alternative Dispute Resolution Program, the Employee Handbook is not a contract. Although the ADR Program is described in summary form in the Employee Handbook, the ADR Program is not part of the Employee Handbook.

arbitration, the party must pay a fee to the AAA (See paragraphs 25 - 28, *Costs*, below.). The cost of arbitration proceedings before a tribunal is approximately three times the cost of proceedings before a single arbitrator. In order to save costs, the ADR Program provides that arbitration is conducted before a single neutral (one arbitrator). However, a party may demand arbitration before a panel of three (3) arbitrators (a "tribunal") if the party demanding the tribunal pays the additional costs compared to the cost of one arbitrator (See paragraph 28, *Allocation of Costs*, below.).

### 4.   *Costs*

25.    The professional fees charged by the neutral (mediators and arbitrators) compose most of the costs of the ADR process. The AAA charges filing fees and other administrative fees in administering arbitration proceedings. Subject to exceptions stated herein, the parties pay fees and costs as stated below. (See also paragraphs 39 - 44, *Legal Services Benefit*; paragraph 45, *Filing Deadlines*; and, paragraph 49, *Refusal to Follow the ADR Program*, below.).

26.    *Mediation.* The employer pays all costs for unadministered mediation. A party other than the company who requests an administered mediation must pay to AAA a fee of $125.00. The employer pays all other charges assessed by AAA, subject to exceptions and exclusions stated herein (See paragraphs 39 - 44, *Legal Services Benefit*; paragraph 45, *Filing Deadlines*; and, paragraph 49, *Refusal to Follow the ADR Program*, below.).

27.    *Arbitration.* A party other than the employer who requests arbitration must pay to AAA a fee of $250.00. The employer pays all other costs for arbitration, subject to exceptions and exclusions stated herein (See paragraphs 39 - 44, *Legal Services Benefit*; paragraph 45, *Filing Deadlines*; and, paragraph 49, *Refusal to Follow the ADR Program*, below.).

28.    *Allocation of Costs.* If for any reason a party other than the employer desires to pay more, such party may pay up to 50% of the total costs. The employer pays all costs of arbitration before a *single* arbitrator (See paragraph 24, *Arbitration*, above.), subject to exceptions and exclusions stated herein (See paragraphs 39 - 44, *Legal Services Benefit*; paragraph 45, *Filing Deadlines*; and, paragraph 49, *Refusal to Follow the ADR Program*, below.). However, if a party desires a panel of three (3) arbitrators, rather than a single arbitrator, then that party pays the extra costs of the two (2) additional arbitrators (See paragraph, 24, *Arbitration*, above.). If the AAA or the neutral charges a fee for resetting the date for a proceeding, then under the ADR Program, the party requesting the resetting must pay such fee.

### 5.   *Amendment Procedure*

29.    The company may amend the ADR Program at any time, with or without prior notice to parties subject to same. Amendments to the ADR Program may be made effective retroactively. The company's ADR Program in effect at the time the dispute is first submitted for resolution pursuant to the ADR Program is applicable to the proceedings. Amendments to the ADR Program may be

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

## 2. Obligation to Proceed

34.    The party asserting a claim for affirmative relief has the burden of proceeding under the ADR Program.

## 3. Selection of Neutrals

### a.    *Qualifications and Number*

35.    In unadministered mediation, the parties use mediators who are qualified to conduct mediation in the state.  Mediation is conducted by a single neutral ("mediator").  Arbitrators are selected per the applicable AAA rules (See paragraph 30, *Demand for Mediation, Arbitration, or Both*, above.).  However, per the ADR Program, arbitration is conducted by a single neutral, except as stated herein (See paragraph 24, *Arbitration*; and, paragraph 28, *Allocation of Costs*, above.).

### b.    *Selection Procedure*

36.    In an unadministered mediation, the parties may select any qualified neutral (See paragraph 35, *Qualifications and Number*, above.).  If the parties cannot agree as to unadministered or administered mediation, or the selection of the mediator, then the proceeding is conducted as an administered mediation by the AAA pursuant to AAA's employment mediation rules.  If as a result of failure to agree, and administered proceedings are required, the parties share costs as stated herein (See paragraphs 25 - 28, *Costs*, above.).  In arbitration proceedings, neutrals are selected according to the applicable employment arbitration rules (See Exhibit B- *American Arbitration Association - National Rules for the Resolution of Employment Disputes*.).  However, the ADR Program provides that ADR Proceedings are conducted by a single neutral, except as stated herein (See paragraph 24, *Arbitration*; and, paragraph 28, *Allocation of Costs*, above.).

### c.    *Time for Selection: Unadministered Mediation*

37.    In unadministered mediation, the parties must select the mediator within 15 days after the requesting party demands mediation.  If for any reason the parties fail to agree upon the selection of the mediator within such time, then the mediation is administered by the AAA.

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

42.    The Plan limits the maximum amount of benefits an individual may receive during a twelve (12) month period ("Benefit Year").   At present such  maximum amount is $1200.00 per year. The Company designates the Benefit Year as the twelve (12) month period measured forward from the day the employee's first becomes eligible for Plan benefits.  At present the Plan pays $400.00 for mediation, and $600.00  for arbitration.  Benefits are paid directly to the individual's legal counsel upon completion  of the proceedings.

43.    The Plan and benefits under the Plan are subject to change.  Employees may obtain a current copy of the Plan from management.   A copy of the Plan is given to each employee at the time the employee becomes eligible for benefits under the Plan.  It is the employee's responsibility to become familiar with the requirements of the Plan.

44.    Employees and other persons who meet certain income guidelines may also qualify for free legal services through the local legal aid agency of the federal Legal Services Corporation.

### 3.    *Filing Deadlines*

45.    The same filing deadline and time frames ("statutes of limitations") apply to requests for arbitration as apply to filing in local courts.  However, the party seeking to compel ADR should do so without delay.   In order to be eligible for the Legal Services Benefit (See paragraphs 39 - 44, *Legal Services Benefit*, above), a party  must make written demand for ADR within 30 days of the occurrence of the challenged event, or the date on which the party  knew or should have known same.   Regarding serving such demand, for the limited purpose of complying with the filing requirements under the Legal Services Benefit Plan (See *Legal Services Benefit Plan*, paragraphs 39 - 44, above.), the earlier as between the date of delivery to the employer or the AAA,  or the date of postmark thereon determines the date  such demand is made.  In administered proceedings, all other filing requirements of the AAA apply.

### 4.    *Case Preparation*

46.    In arbitration  proceedings, the parties have similar case preparation procedures  as are available in the local courts, including the right to obtain documents and other tangibles,  and the right to take sworn testimony of witnesses before a court reporter.  Any disputes regarding such matters are resolved by the arbitrator.

E.   Miscellaneous Matters

1.     *Interpretation of the ADR Program, Policy, and Procedures*

51.    Any dispute regarding jurisdiction, performance, and breach of the ADR Program, Policy, and Procedures are submitted to ADR as any other subject dispute herein.

2.  *Applicable ADR Program*

52.    The ADR Program is subject to amendment (See paragraph 29, *Amendment Procedure*, above.).   The company's ADR Program  in effect at the time the dispute is first submitted for resolution pursuant to the ADR Program is applicable to the proceedings. [See paragraph 4, *Alternative Dispute Resolution ("ADR") Program*, above.].  Amendments to the ADR Program may be made effective retroactively.

3.    *Successorship*

53.    The ADR Program and policy applies to the successors, heirs, and assignees of the parties.

4.    *Integration*

54.    This document contains the policies and procedures of the  ADR Program. However, other documents may be used to interpret this document.

5.    *Savings Clause*

55.     If any part hereof is determined to be invalid, such does not affect the validity of the remainder of this document.  If for any reason the parties are unable to proceed hereunder, then the dispute shall proceed as an administered ADR case pursuant to the applicable rules of the American Arbitration Association.

6.    *Drafting of this Document*

56.    The text of this document is controlling over the format, topical descriptions, and labels herein.  Any dispute regarding performance, interpretation, or both, of this document; or,  matters related to the administration of the ADR Program, or both, are submitted for resolution as any other dispute  subject to the ADR Program.

ALTERNATIVE  DISPUTE  RESOLUTION  PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

========================================================================

# ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## FOR WORK-RELATED LEGAL DISPUTES

========================================================================

### EXHIBIT A

Policies and Procedures
Relevant to the Alternative Dispute Resolution Program

OPEN DOOR

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

=================================================================

# ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## FOR WORK-RELATED LEGAL DISPUTES

=================================================================

## EXHIBIT B

Policies and Procedures
Relevant to the Alternative Dispute Resolution Program

INTERNAL COMPLAINT REVIEW PROCEDURE

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

========================================================================

# ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## FOR WORK-RELATED LEGAL DISPUTES

========================================================================

# E X H I B I T   C

Notices for Applicants, Employees and Others

| | | |
|---|---|---|
| C-1: | Notice to Applicants Regarding ADR Program (English) ................................ | 20 |
| C-2: | Notice to Applicants Regarding ADR Program (Spanish) ................................ | 21 |
| | | |
| C-3: | Notice to Employees Regarding Adoption of ADR Program (English) ........... | 22 |
| C-4: | Notice to Employees Regarding Adoption of ADR Program (English) ........... | 23 |
| | | |
| C-5: | Notice to Employees Regarding Changes in ADR Program (English) ............. | 24 |
| C-6: | Notice to Employees Regarding Changes in ADR Program (Spanish) ............. | 25 |
| | | |
| C-7: | Notice to Employees Regarding ADR Program - Reminder (English) ............. | 26 |
| C-8: | Notice to Employees Regarding ADR Program - Reminder (Spanish) ............. | 27 |
| | | |
| C-9: | Notice to Employees Regarding ADR Program - Poster (English) .................. | 28 |
| C-10: | Notice to Employees Regarding ADR Program - Poster (Spanish) .................. | 29 |

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

C-1: PHOTOCOPY THIS MEMO TO COMPANY LETTERHEAD, *DELETING THIS LINE.*

----------------------------------------------------------------------------------

TO : Applicants for Employment

FROM : Management, by -

RE : ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROGRAM

SUBJECT : APPLICABILITY OF ADR PROGRAM
TO APPLICANTS FOR EMPLOYMENT

----------------------------------------------------------------------------------

### NOTICE TO APPLICANTS

**The company has an Alternative Dispute Resolution ("ADR")Program.** The ADR Program requires that all work-related **legal Disputes be submitted to an informal dispute resolution process, including mediation, final and binding arbitration, or both.**

The ADR Program applies to parties including the company, applicants for employment, employees, and former employees. *Acceptance of the ADR Program is a condition of submitting an application for employment,* employment, and continued employment.

The company's ADR Program is **enacted pursuant to the** *Federal Arbitration Act,* and is approved and **administered by the American Arbitration Association.** A copy of the relevant documents is available upon request to company management.

----------------------------------------------------------------------------------

## N O T E :

### ALL APPLICANTS FOR EMPLOYMENT ARE SUBJECT TO THE ADR PROGRAM.

----------------------------------------------------------------------------------

RECEIVED AND ACCEPTED:

Date: _____

_____
Signature of Applicant

_____
Print Name Above

_____-_____-_____
Social Security Number

ALTERNATIVE DISPUTE RESOLUTION PROGRAM · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

21

**C-3:**  PHOTOCOPY THIS MEMO TO COMPANY LETTERHEAD, *DELETING THIS LINE.*

Date: _____

---

TO            :        EMPLOYEES

FROM       :        Management, by -

RE            :        ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROGRAM

SUBJECT  :        ADOPTION  OF  ADR  PROGRAM

---

## NOTICE TO EMPLOYEES

The company has adopted an  Alternative Dispute Resolution ("ADR")Program.   The **ADR Program requires** that all work-related **legal Disputes be submitted to an informal dispute resolution process, including mediation, final and binding arbitration, or both.**  The ADR Program **applies to** parties including the company, **applicants for employment, employees, and former employees.** *Acceptance of the ADR Program is a condition of submitting an application for employment, employment, and continued employment.*

Please note your receipt and acceptance of this memo by signing below, and returning the original copy to management.  The attached copy of this memo, marked "copy" is for you to keep.

The company's ADR Program is **enacted pursuant to the** *Federal Arbitration Act,* and **administered by the American Arbitration Association.**  In the near future the company will distribute to each employee a copy of the ADR Program.  Also in the near future, there will be a general staff meeting in order to review the ADR Program.  Until then, additional information is available upon request to company management.

---

### RECEIVED AND ACCEPTED:

Date: _____

_____
Signature of Employee

_____
Print Name Above

_____ - ___ - _____
Social Security Number

ALTERNATIVE  DISPUTE  RESOLUTION  PROGRAM  • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

23

**C-5:** PHOTOCOPY THIS MEMO TO COMPANY LETTERHEAD, *DELETING THIS LINE.*

Date:

------------------------------------------------------------------------

TO : EMPLOYEES

FROM : Management, by:

RE : ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROGRAM

SUBJECT : CHANGES IN THE ADR PROGRAM
------------------------------------------------------------------------

### NOTICE TO EMPLOYEES

The company has amended its Alternative Dispute Resolution ("ADR")Program. The main provisions of the ADR Program are unchanged. The amended **ADR Program requires** that all work-related **Disputes be submitted to an informal dispute resolution process, including mediation, final and binding arbitration, or both.** The ADR Program **applies to** parties including the company, applicants for employment, **employees, and former employees.** *Acceptance of the ADR Program is a condition of submitting an application for employment, employment, and continued employment.*

Please note your receipt and acceptance of this memo by signing below, and returning the original copy to management. The attached copy of this memo, marked "copy" is for you to keep.

The company's ADR Program is still **enacted pursuant to the *Federal Arbitration Act*,** but is now **administered by the American Arbitration Association.** In the near future the company will distribute to each employee a copy of the ADR Program. Until then, additional information is available upon request to company management.
------------------------------------------------------------------------

### RECEIVED AND ACCEPTED:

Date: _____

_____
Signature of Applicant

_____
Print Name Above

_____-_____-_____
Social Security Number

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)
25

**C-7:**   PHOTOCOPY THIS MEMO TO COMPANY LETTERHEAD, *DELETING THIS LINE.*

Date:

------------------------------------------------------------------------------------------

TO            :       EMPLOYEES

FROM        :       Management, by -

RE            :       ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROGRAM

SUBJECT   :       NOTICE OF ADR PROGRAM

------------------------------------------------------------------------------------------

### NOTICE TO EMPLOYEES

The company has an Alternative Dispute Resolution ("ADR")Program.   The **ADR Program requires that all work-related legal Disputes be submitted to an informal dispute resolution process, including mediation, final and binding arbitration, or both.** The ADR Program **applies to parties including the company, applicants for employment, employees, and former employees.** *Acceptance of the ADR Program is a condition of submitting an application for employment, employment, and continued employment.*

Please note your receipt and acceptance of this memo by signing below, and returning the original copy to management.  The attached copy of this memo, marked "copy" is for you to keep.

The company's ADR Program is **enacted pursuant to the** *Federal Arbitration Act*, and **administered by the American Arbitration Association.**  In the near future the company will distribute to each employee a copy of the ADR Program.  Also in the near future, there will be a general staff meeting in order to review the ADR Program.  Until then, additional information is available upon request to company management.

------------------------------------------------------------------------------------------
RECEIVED AND ACCEPTED:

Date: _____

_____
    Signature of Employee


_____
    Print Name Above
_____-_____-_____
    Social Security Number

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

27

# ND A.M.C., LLC

## Automotive Wood-Trim Specialist



TO          :     EMPLOYEES

FROM        :     Management, by:

RE          :     ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROGRAM

SUBJECT  :     NOTICE  REGARDING ADR  PROGRAM

------------------------------------------------------------------------------------------

# N O T I C E   T O   E M P L O Y E E S

**The company has  an Alternative Dispute Resolution ("ADR") Program.**  The ADR Program applies to *YOU*.

**The ADR Program requires that all work-related Disputes be submitted to an informal dispute resolution process, including mediation, final and binding arbitration, or both.  The ADR Program applies to parties including the company, applicants for employment, employees, and former employees.** *Acceptance of the ADR Program is a condition of submitting an application for employment, employment, and continued employment.*

The  ADR Program is    **enacted pursuant to the *Federal Arbitration Act*, and administered by the American Arbitration Association**.  Additional information, including a copy of relevant documents, is available upon request to company management.

ALTERNATIVE  DISPUTE  RESOLUTION  PROGRAM  · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised:  04.09.02)

=====================================================================

# ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## FOR WORK-RELATED LEGAL DISPUTES

=====================================================================

### E X H I B I T   D

Policies and Procedures
Relevant to the Alternative Dispute Resolution Program

*National Rules for the Resolution of Employment Disputes*
*(Including Mediation and Arbitration Rules)*
As Amended and Effective on January 1, 1999

---------------------------------------------------------------------

**NOTE**: Additional copies are available from management upon request. A copy, and additional information, can be obtained from the American Arbitration Association's website:  www.adr.org.

---------------------------------------------------------------------

ALTERNATIVE DISPUTE RESOLUTION PROGRAM · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

# INTRODUCTION

Role of the American Arbitration Association
Legal Basis of Employment ADR
The Fairness Issue: The Due Process Protocol
AAA's Employment ADR Rules
AAA's Policy on Employment ADR
Notification
Types of Disputes Covered

## NATIONAL RULES FOR THE RESOLUTION OF EMPLOYMENT DISPUTES

1.  Applicable Rules of Arbitration
2.  Notification
3.  AAA as Administrator of the Arbitration
4.  Initiation of Arbitration
5.  Changes of Claim
6.  Administrative and Mediation Conferences
7.  Discovery
8.  Arbitration Management Conference
9.  Location of the Arbitration
10. Date and Time of Hearing
11. Qualifications to Serve as Arbitrator and Rights of Parties to Disqualify Arbitrator
12. Number and Appointment of Neutral Arbitrators
13. Vacancies
14. Representation
15. Stenographic Record
16. Interpreters
17. Attendance at Hearings
18. Confidentiality
19. Postponements
20. Oaths
21. Majority Decision
22. Order of Proceedings and Communication with Arbitrators
23. Arbitration in the Absence of a Party or Representative
24. Evidence
25. Evidence by Affidavit or Declaration and Post-Hearing Filing of Documents or Other Evidence
26. Inspection or Investigation
27. Interim Measures
28. Closing of Hearing
29. Reopening of Hearing
30. Waiver of Oral Hearing

ALTERNATIVE DISPUTE RESOLUTION PROGRAM · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

13. No Stenographic Record
14. Termination of Mediation
15. Exclusion of Liability
16. Interpretation and Application of Rules
17. Expenses

## MEDIATION FEE SCHEDULE

### Introduction

Federal and state laws reflecting societal intolerance for certain workplace conduct, as well as court decisions interpreting and applying those statutes, have redefined responsible corporate practice and employee relations. Increasingly, employers and employees face workplace disputes involving alleged wrongful termination, sexual harassment, or discrimination based on race, color, religion, sex, national origin, age and disability.

As courts and administrative agencies become less accessible to civil litigants, employers and their employees now see alternative dispute resolution ("ADR") as a way to promptly and effectively resolve workplace disputes. ADR procedures are becoming more common in contracts of employment, personnel manuals and employee handbooks. Increasingly, corporations and their employees look to the American Arbitration Association as a resource in developing prompt and effective employment procedures for employment-related disputes.

These rules have been developed for employers and employees who wish to use a private alternative to resolve their disputes, enabling them to have complaints heard by an impartial person with expertise in the employment field. These procedures benefit both the employer and the individual employee by making it possible to resolve disputes without extensive litigation.

### Role of the American Arbitration Association

The American Arbitration Association, founded in 1926, is a not-for-profit, public service organization dedicated to the resolution of disputes through mediation, arbitration, elections, and other voluntary dispute resolution procedures. Over 4,000,000 workers are now covered by employment ADR plans administered by the AAA.

In addition, the AAA provides education and training, specialized publications, and research on all forms of dispute settlement. With 36 offices nationwide and cooperative agreements with arbitral institutions in 38 other nations, the American Arbitration Association is the nation's largest private provider of ADR services.

For seventy-five years, the American Arbitration Association has set the standards for the development of fair and equitable dispute resolution procedures. The development of the National

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)
34

Conciliation Service, the National Academy of Arbitrators, and the National Society of Professionals in Dispute Resolution. The National Employment Lawyers Association has endorsed the substantive provisions of the Due Process Protocol. It has been incorporated into the ADR procedures of the Massachusetts Commission Against Discrimination (MCAD) and into the Report of the United States Secretary of Labor's Task Force in Excellence in State and Local Government.

## AAA's Employment ADR Rules

On June 1, 1996, the Association issued National Rules for the Resolution of Employment Disputes. The rules reflected the guidelines outlined in the Due Process Protocol and were based upon the AAA's California Employment Dispute Resolution Rules, which were developed by a committee of employment management and plaintiff attorneys, retired judges and arbitrators, in addition to Association executives. The revised rules were developed for employers and employees who wish to use a private alternative to resolve their disputes. The rules enabled parties to have complaints heard by an impartial person of their joint selection, with expertise in the employment field. Both employers and individual employees benefit by having experts resolve their disputes without the costs and delay of litigation. The rules included procedures which ensure due process in both the mediation and arbitration of employment disputes. After a year of use, the rules have been amended to address technical issues.

## AAA's Policy on Employment ADR

The AAA's policy on employment ADR is guided by the state of existing law, as well as its obligation to act in an impartial manner. In following the law, and in the interest of providing an appropriate forum for the resolution of employment disputes, the Association administers dispute resolution programs which meet the due process standards as outlined in its National Rules for the Resolution of Employment Disputes and the Due Process Protocol. If the Association determines that a dispute resolution program on its face substantially and materially deviates from the minimum due process standards of the National Rules for the Resolution of Employment Disputes and the Due Process Protocol, the Association may decline to administer cases under that program. Other issues will be presented to the arbitrator for determination.

## Notification

If an employer intends to utilize the dispute resolution services of the Association in an employment ADR plan, it shall, at least thirty (30) days prior to the planned effective date of the program: (1) notify the Association of its intention to do so; and (2) provide the Association with a copy of the employment dispute resolution plan. If an employer does not comply with this requirement, the Association reserves the right to decline its administrative services. Copies of all plans should be sent to the American Arbitration Association's Office of Program Development, 335 Madison Avenue, New York, NY 10017; FAX: 212-716-5913.

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

arbitration. The authority and duties of the AAA are prescribed in these rules, and may be carried out through such of the AAA's representatives as it may direct.

## 4. Initiation of Arbitration

Arbitration shall be initiated in the following manner.

a.        The parties may submit a joint request for arbitration.

b.        In the absence of a joint request for arbitration:

      (i)        The initiating party (hereinafter "Claimant[s]") shall:

(1)        File a written notice (hereinafter "Demand") of its intention to arbitrate at any regional office of the AAA, within the time limit established by the applicable statute of limitations if the dispute involves statutory rights.  If no statutory rights are involved, the time limit established by the applicable arbitration agreement shall be followed.  Any dispute over such issues shall be referred to the arbitrator.  The filing shall be made in duplicate, and each copy shall include the applicable arbitration agreement. The Demand shall set forth the names, addresses, and telephone numbers of the parties; a brief statement of the nature  of the dispute; the amount  in controversy, if any; remedy sought; and requested hearing location.

      (2)        Simultaneously mail a copy of the Demand to the party (hereinafter "Respondent[s]").

(3)        Include with its Demand the applicable filing fee, unless the parties agree to some other method of fee advancement.

(ii)        The Respondent(s) shall file an Answer with the AAA within ten (10) days after the date of the letter from the AAA acknowledging receipt of the Demand.  The Answer shall provide the Respondent's brief response to the claim and the issues presented.  The Respondent(s) shall make its filing in duplicate with the AAA, and simultaneously shall mail a copy of the Answer to the Claimant.

      (iii)        The Respondent(s):

(1)        May file a counterclaim with the AAA within ten (10) days after the letter from the AAA acknowledging receipt of the Demand. The filing shall be made in duplicate. The counterclaim shall set forth the nature of the claim, the amount in controversy, if any, and the remedy sought.

(2)        Simultaneously shall mail a copy of any counterclaim to the Claimant.

## 8. Arbitration Management Conference

As soon as possible after the appointment of the arbitrator but not later than sixty (60) days thereafter, the arbitrator shall conduct an Arbitration Management Conference with the parties and/or their representatives, in person or by telephone, to explore and resolve matters that will expedite the arbitration proceedings. The specific matters to be addressed include:

(i)      the issues to be arbitrated;

(ii)      the date, time, place and estimated duration of the hearing;

(iii)      the resolution of outstanding discovery issues and establishment of discovery parameters;

(iv)      the law, standards, rules of evidence and burdens of proof that are to apply to the proceeding;

(v)      the exchange of stipulations and declarations regarding facts, exhibits, witnesses and other issues;

(vi)      the names of witnesses (including expert witnesses), the scope of witness testimony, and witness exclusion;

(vii)      the value of bifurcating the  arbitration into a liability phase and damages phase;

(viii)      the need for a stenographic record;

(ix)      whether the parties will summarize their arguments orally or in writing;

(x)      the form of the award;

(xi)      any other issues relating to the subject or conduct of the arbitration;

(xii)      the allocation of attorney's fees  and costs.

The arbitrator shall issue oral or written orders reflecting his or her decisions on the above matters and may conduct additional conferences when the need arises.

There is no AAA administrative fee for an Arbitration Management Conference.

ALTERNATIVE  DISPUTE  RESOLUTION  PROGRAM  · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

c.    Disqualification for Failure To Meet Standards of Experience and Neutrality

An arbitrator may be disqualified in two ways:

(i)    No later than ten (10) days after the appointment of the arbitrator, all parties jointly may challenge the qualifications of an arbitrator by communicating their objection to the AAA in writing. Upon receipt of a joint objection, the arbitrator shall be replaced.

(ii)    Any party may challenge the qualifications of an arbitrator by communicating its objection to the AAA in writing. Upon receipt of the objection, the AAA either shall replace the arbitrator or communicate the objection to the other parties. If any party believes that the objection does not merit disqualification of the arbitrator, the party shall so communicate to the AAA and to the other parties within ten (10) days of the receipt of the objection from the AAA.  Upon objection of a party to the service of an arbitrator, the AAA shall determine whether the arbitrator should be disqualified and shall inform the parties of its decision, which shall be conclusive.

## 12. Number and Appointment of Neutral Arbitrators

a.    If the parties do not specify the number of arbitrators, the dispute shall be heard and determined by one arbitrator. If the parties cannot agree upon the number of arbitrators, the AAA shall have the authority to determine the number of arbitrators.

b.    If the parties have not appointed an arbitrator and have not provided any method of appointment, the arbitrator shall be appointed in the following manner:

(i)    Immediately after it receives the Demand, the AAA shall mail simultaneously to each party a letter containing an identical list of the names of all arbitrators who are members of the regional Employment Dispute Resolution Roster.

(ii)    Each party shall have ten (10) days from the date of the letter in which to select the name of a mutually acceptable arbitrator to hear and determine their dispute.  If the parties cannot agree upon a mutually acceptable arbitrator, they shall so notify the AAA.  Within ten (10) days of the receipt of that notice, the AAA shall send the parties a shorter list of arbitrators who are members of the regional Employment Dispute Resolution Roster.  Each party shall have ten (10) days from the date of the letter containing the revised list to strike any names objected to, number the remaining names in order of preference, and return the list to the AAA.  If a party does not return the list within the time specified, all of the listed persons shall be deemed acceptable to that party.

(iii)    The AAA shall invite the acceptance of the arbitrator whom both parties have selected as mutually acceptable or, in the case of resort to the ranking procedure, the arbitrator who has received the highest rating in the order of preference that the parties have specified.

during the testimony of any other witness. The arbitrator also shall have the authority to decide whether any person who is not a witness may attend the hearing.

## 18. Confidentiality

The arbitrator shall maintain the confidentiality of the arbitration and shall have the authority to make appropriate rulings to safeguard that confidentiality, unless the parties agree otherwise or the law provides to the contrary.

## 19. Postponements

The arbitrator: (1) may postpone any hearing upon the request of a party for good cause shown; (2) must postpone any hearing upon the mutual agreement of the parties; and (3) may postpone any hearing on his or her own initiative.

## 20. Oaths

Before proceeding with the first hearing, each arbitrator may take an oath of office and, if required by law, shall do so. The arbitrator may require witnesses to testify under oath administered by any duly qualified person and, if it is required by law or requested by any party, shall do so.

## 21. Majority Decision

All decisions and awards of the arbitrators must be by a majority, unless the unanimous decision of all arbitrators is expressly required by the arbitration agreement or by law.

## 22. Order of Proceedings and Communication with Arbitrators

A hearing shall be opened by: (1) filing the oath of the arbitrator, where required; (2) recording the date, time, and place of the hearing; (3) recording the presence of the arbitrator, the parties, and their representatives, if any; and (4) receiving into the record the Demand and the Answer, if any. The arbitrator may, at the beginning of the hearing, ask for statements clarifying the issues involved.

The parties shall bear the same burdens of proof and burdens of producing evidence as would apply if their claims and counterclaims had been brought in court.

Witnesses for each party shall submit to direct and cross examination as approved by the arbitrator.

With the exception of the rules regarding the allocation of the burdens of proof and going forward with the evidence, the arbitrator has the authority to set the rules for the conduct of the proceedings and shall exercise that authority to afford a full and equal opportunity to all parties to present any evidence that the arbitrator deems material and relevant to the resolution of the dispute.

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

appropriate objections, if any.

### 26. Inspection or Investigation

An arbitrator finding it necessary to make an inspection or investigation in connection with the arbitration shall direct the AAA to so advise the parties. The arbitrator shall set the date and time, and the AAA shall notify the parties. Any party who so desires may be present during the inspection or investigation. In the event that one or all parties are not present during the inspection or investigation, the arbitrator shall make an oral or written report to the parties and afford them an opportunity to comment.

### 27. Interim Measures

At the request of any party, the arbitrator may take whatever interim measures he or she deems necessary with respect to the dispute, including measures for the conservation of property.

Such interim measures may be taken in the form of an interim award and the arbitrator may require security for the costs of such measures.

### 28. Closing of Hearing

The arbitrator shall specifically inquire of all parties whether they have any further proofs to offer or witnesses to be heard. Upon receiving negative replies or if satisfied that the record is complete, the arbitrator shall declare the hearing closed.

If briefs are to be filed, the hearing shall be declared closed as of the final date set by the arbitrator for the receipt of briefs. If documents are to be filed as provided in Section 25 and the date set for their receipt is later than that set for the receipt of briefs, the later date shall be the date of closing the hearing. The time limit within which the arbitrator is required to make the award shall commence to run, in the absence of other agreements by the parties, upon closing of the hearing.

### 29. Reopening of Hearing

The hearing may be reopened by the arbitrator upon the arbitrator's initiative, or upon application of a party for cause shown, at any time before the award is made. If reopening the hearing would prevent the making of the award within the specific time agreed on by the parties in the contract(s) out of which the controversy has arisen, the matter may not be reopened unless the parties agree on an extension of time. When no specific date is fixed in the contract, the arbitrator may reopen the hearing and shall have thirty (30) days from the closing of the reopened hearing within which to make an award.

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

d.      The arbitrator may grant any remedy or relief that the arbitrator deems just and equitable, including any remedy or relief that would have been available to the parties had the matter been heard in court. The arbitrator shall, in the award, assess arbitration fees, expenses, and compensation as provided in Sections 38, 39, and 40 in favor of any party and, in the event any administrative fees or expenses are due the AAA, in favor of the AAA.

e.      The arbitrator shall have the authority to provide for the reimbursement of representative's fees, in whole or in part, as part of the remedy, in accordance with applicable law.

f.      If the parties settle their dispute during the course of the arbitration, the arbitrator may set forth the terms of the settlement in a consent award.

g.      The parties shall accept as legal delivery of the award the placing of the award or a true copy thereof in the mail, addressed to a party or its representative at the last known address, personal service of the award, or the filing of the award in any manner that may be required by law.

h.      The arbitrator's award shall be final and binding.  Judicial review shall be limited, as provided by law.

## 35. Modification of Award

Within twenty (20) days after the transmittal of an award, any party, upon notice to the other parties, may request the arbitrator to correct any clerical, typographical, technical or computational errors in the award.  The arbitrator is not empowered to redetermine the merits of any claim already decided.

The other parties shall be given ten (10) days to respond to the request.  The arbitrator shall dispose of the request within twenty (20) days after transmittal by the AAA to the arbitrator of the request and any response thereto.

If applicable law requires a different procedural time frame, that procedure shall be followed.

## 36. Release of Documents for Judicial Proceedings

The AAA shall, upon the written request of a party, furnish to the party, at that party's expense, certified copies of any papers in the AAA's case file that may be required in judicial proceedings relating to the arbitration.

## 37. Judicial Proceedings and Exclusion of Liability

a.      No judicial proceeding by a party relating to the subject matter of the arbitration shall be deemed a waiver of the party's right to arbitrate.

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

purpose.

### 41. Deposits

The AAA may require the parties to deposit in advance of any hearings such sums of money as it deems necessary to cover the expenses of the arbitration, including the arbitrator's fee, if any, and shall render an accounting to the parties and return any unexpended balance at the conclusion of the case.

### 42. Interpretation and Application of Rules

The arbitrator shall interpret and apply these rules as they relate to the arbitrator's powers and duties. When there is more than one arbitrator and a difference arises among them concerning the meaning or application of these Rules, it shall be resolved by a majority vote. If that is not possible, either an arbitrator or a party may refer the question to the AAA for final decision. All other procedures shall be interpreted and applied by the AAA.

For disputes arising out of employer-promulgated plans:

### ADMINISTRATIVE FEE SCHEDULE

### Administrative Fee

The AAA's administrative fees are based on filing and service charges. Arbitrator compensation is not included in this schedule. Unless the parties agree otherwise, arbitrator compensation and administrative fees are subject to allocation by the arbitrator in the award.

### Filing Fees

In cases before a single arbitrator, a nonrefundable filing fee in the amount of $500 is payable in full by a filing party when a claim is filed, unless the plan provides otherwise.

In cases before three or more arbitrators, a nonrefundable filing fee in the amount of $1,500 is payable in full by a filing party when a claim is filed, unless the plan provides otherwise.

### Hearing Fees

For each day of hearing held before a single arbitrator, an administrative fee of $150 is payable by each party.

For each day of hearing held before a multi-arbitrator panel, an administrative fee of $250 is payable by each party.

A case service fee will be incurred for all cases that proceed to their first hearing. This fee will be payable in advance at the time that the first hearing is scheduled. This fee will be refunded at the conclusion of the case if no hearings have occurred.

However, if the Association is not notified at least 24 hours before the time of the scheduled hearing, the case service fee will remain due and will not be refunded.

These fees will be billed in accordance with the following schedule:

Amount of Claim
Initial Filing Fee
Case Service Fee

Above $0 to $10,000
$500
N/A

Above $10,000 to $75,000
$750
N/A

Above $75,000 to $150,000
$1,250
$750

Above $150,000 to $300,000
$2,750
$1,000

Above $300,000 to $500,000
$4,250
$1,250

Above $500,000 to $1,000,000
$6,000
$2,000

Above $1,000,000 to $7,000,000
$8,500
$2,500

Above $7,000,000 to $10,000,000

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

## EMPLOYMENT MEDIATION RULES

### 1. Agreement of Parties

Whenever, by provision in an employment dispute resolution program, or by separate submission, the parties have provided for mediation or conciliation of existing or future disputes under the auspices of the American Arbitration Association (hereinafter "AAA") or under these rules, they shall be deemed to have made these rules, as amended and in effect as of the date of the submission of the dispute, a part of their agreement.

### 2. Initiation of Mediation

Any party to an employment dispute may initiate mediation by filing with the AAA a submission to mediation or a written request for mediation pursuant to these rules, together with the applicable administrative fee.

### 3. Request for Mediation

A request for mediation shall contain a brief statement of the nature of the dispute and the names, addresses, and telephone numbers of all parties to the dispute and those who will represent them, if any, in the mediation. The initiating party shall simultaneously file two copies of the request with the AAA and one copy with every other party to the dispute.

### 4. Appointment of Mediator

Upon receipt of a request for mediation, the AAA will appoint a qualified mediator to serve. Normally, a single mediator will be appointed unless the parties agree otherwise or the AAA determines otherwise. If the agreement of the parties names a mediator or specifies a method of appointing a mediator, that designation or method shall be followed.

### 5. Qualifications of Mediator

No person shall serve as a mediator in any dispute in which that person has any financial or personal interest in the result of the mediation, except by the written consent of all parties. Prior to accepting an appointment, the prospective mediator shall disclose any circumstance likely to create a presumption of bias or prevent a prompt meeting with the parties. Upon receipt of such information, the AAA shall either replace the mediator or immediately communicate the information to the parties for their comments. In the event that the parties disagree as to whether the mediator shall serve, the AAA will appoint another mediator. The AAA is authorized to appoint another mediator if the appointed mediator is unable to serve promptly.

ALTERNATIVE DISPUTE RESOLUTION PROGRAM · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

## 11. Privacy

Mediation sessions are private. The parties and their representatives may attend mediation sessions. Other persons may attend only with the permission of the parties and with the consent of the mediator.

## 12. Confidentiality

Confidential information disclosed to a mediator by the parties or by witnesses in the course of the mediation shall not be divulged by the mediator. All records, reports, or other documents received by a mediator while serving in that capacity shall be confidential. The mediator shall not be compelled to divulge such records or to testify in regard to the mediation in any adversary proceeding or judicial forum.

The parties shall maintain the confidentiality of the mediation and shall not rely on, or introduce as evidence in any arbitral, judicial, or other proceeding:

a.      views expressed or suggestions made by another party with respect to a possible settlement of the dispute;

b.      admissions made by another party in the course of the mediation proceedings;

c.      proposals made or views expressed by the mediator; or

d.      the fact that another party had or had not indicated willingness to accept a proposal for settlement made by the mediator.

## 13. No Stenographic Record

There shall be no stenographic record of the mediation process.

## 14. Termination of Mediation

The mediation shall be terminated:

a.      by the execution of a settlement agreement by the parties;

b.      by a written declaration of the mediator to the effect that further efforts at mediation are no longer worthwhile; or

c.      by a written declaration of a party or parties to the effect that the mediation proceedings are terminated.

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

# ND A.M.C., LLC

## Automotive Wood-Trim Specialist



PARA        :    EMPLEADOS

DE          :    Gerencia, por-

RE          :    PROGRAMA DE RESOLUCION DE DISPUTAS

TOCANTE     :    Adoptcion del Programa de Resolucion de Disputas

------------------------------------------------------------------------------------

### AVISO A EMPLEADOS

La compania ha adoptado un Programa de Resolucion de Disputas ("Programa ADR" o "ADR Program"). El Programa ADR requiere que todas disputas legales relacionadas con el trabajo se lleven a una resolucion en proceso informal incluyendo mediacion, y arbitracion final, o ambos. El Programa ADR aplica a la compania, las personas solicitando empleo, empleados, y empleados pasados. Aceptacion de Program ADR es una condicion para llenar una aplcacion de empleo, empleo, y para quedarse en el empleo.

El Programa ADR es segun la ley federal (*Federal Arbitration Act*), y es administrado por el American Arbitration Association. En el futuro cercano la compania distribuira a cada empleado una copia del Programa ADR. En el futuro tendremos una junta general para revisar el Programa ADR. Mientras tanto, informacion adicional sera disponible al avisarle a la gerencia.

Favor de firmar abajo y regresar la copia original a la gerencia. Mantenga la copia marcada "copy".

------------------------------------------------------------------------------------

Recibida y Aceptada:

_____          Fecha: _____
Firma de empleado

_____
Nombre

_____-_____-_____
Numero de Seguro Social

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

24

Esta traduccion es solomente para informacion del Programa.
Los documentos oficiales del Programa son en ingles.

==================================================================

## PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS LEGALES RELACIONADAS AL TRABAJO

ADOPTADO DE ACUERDO A
LA LEY FEDERAL DE ARBITRAJE ("FEDERAL ARBITRATION ACT")

==================================================================

THE RIO FOUNDATION d/b/a

# RIO MANAGEMENT SERVICES

POST OFFICE BOX 2897
SOUTH PADRE ISLAND, TX 78597
956.761.6644 • 800.891.4554 TELEPHONE • TELECOPIER 956.761.7424 • 800.891.4566

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 – TODOS LOS DERECHOS RESERVADOS)     04.09.02

## RIO SERVICES
TELEPHONE- 800.891.4554 • FAX- 800.891.4566

Post Office Box 2897                                        117 North Second Street #206
South Padre Island, TX 78597                               Alpine, TX 79830
956.761.2289 & 800.891.4554                                915.837.3162 & 800.891.4554

==========================================================================

Rio Services ha concedido licencia a

**ND A.M.C., LLC** .
3300 NAFTA Parkway - Suite A
956.31-8551 teléfono; 956.831.8968 telefax

   para usar este Programa de Resolución Alternativa de Disputa por dos (2) años
comenzando el 9 de abril de 2002, en adelante renovable anualmente por términos de un (1) año.
Los procesos ADR de acuerdo a este Programa ADR se conducen en el Condado de Cameron,
Texas, al menos que sea acordado de otra manera por las partes del proceso.

*- ii -*

# PROPIEDAD LITERARIA – 2000

FUNDACIÓN RÍO
APARTADO POSTAL # 2897
SOUTH PADRE ISLAND, TX 78597
TELÉFONO   956.761.2289
TELECOPIADORA   800.891.4566

**TODOS LOS DERECHOS RESERVADOS**

ESTA PUBLICACIÓN ESTA SUJETA A LA LEY FEDERAL DE PROPIEDAD LITERARIA
NINGUNA PARTE DE ESTA PUBLICACIÓN PUEDE SER REPRODUCIDA
SIN PERMISO DEL DUEÑO DE LA PROPIEDAD LITERARIA.

C.    Procedimientos Diversos ............................................. 10

 1.-    El Derecho a ser Representado ................................ 10
 2.-    Plan de Beneficios de Servicios Legales .................... 10,11
 3.-    Archivar en Plazo Límite ................................... 11
 4.-    Preparación del Caso ....................................... 11,12
 5.-    Recursos y Alivio .......................................... 12
 6.-    Decisiones: Fallos en Arbitraje ............................ 12
 7.-    Reusarse a Seguir el Programa ADR .......................... 12
 8.-    Jurisdicción: Donde Son Conducidos Estos Procedimientos ..... 12


D.    Asuntos Diversos .................................................. 12

 1.-    Interpretación del Programa ADR, Política y Procedimientos...... 12
 2.-    Programa ADR Aplicable ..................................... 12
 3.-    Derechohabientes ........................................... 13
 4.-    Integración ................................................ 13
 5.-    Cláusulas de Reserva ....................................... 13
 6.-    Redaccción de este Documento ............................... 13
 7.-    Traducción a un Idioma Foráneo ............................. 13

 8.    Interpretación de los Documentos ........................... 13

 9.    Elección de Ley ............................................ 13

 10.   Como Obtener Más Información ................................ 13


DOCUMENTOS    ........................................ 15

Prueba de Exhibición  A-    Puerta Abierta ................................ 16-17
Prueba de Exhibición  B-    Procedimiento de Revisión de Quejas Internas ........ 18-19
Prueba de Exhibición  C-    Avisos a aplicantes y empleados ................... 20-30
Prueba de Exhibición  D-    Asociación Americana de Arbitraje:
          Reglas Nacionales para la Resolución de
          Disputas del Trabajo ...................................... 31-57

INDICE

I.      Introducción al Programa de Disputas Alternativas ................................ 1

    A.    Aprobación y Enmiendas ................................................. 1

    B.    Programa de Resolución de Disputas Alternativas ("ADR") ............ 1

        1.-   Objetivos y Procedimientos ............................................. 1
        2.-   Paso # 1  - Norma de Puerta Abierta ................................ 1
        3.-   Paso # 2 – Procedimiento de Revisión de Quejas Internas ...... 2
        4.-   Paso # 3 – Mediación ................................................. 2,3
        5.-   Paso # 4 – Arbitraje ................................................. 3

    C.    Resumen del Programa ADR ................................................. 3,4

    D.    Origen, Objetivo y Campo de Acción ...................................... 4

        1.-   *Acta de Arbitraje Federal* ............................................. 4
        2.-   Personas Sujetas al Programa ADR ................................... 4,5
        3.-   Disputas Sujetas al Programa ADR ................................... 5
        4.-   El Programa ADR Es un Contrato ................................... 5

    E.    Procedimientos ................................................................... 5

        1.-   Niveles de Resolución de Disputas ................................... 5
        2.-   Tiempo:  Duración del Proceso ...................................... 5
        3.-   Procedimiento Interno de Revisión de Quejas ..................... 6

II.     Procedimientos Generales ........................................................... 6

    A.    Administración ................................................................... 6

        1.    Tipos de Debates ....................................................... 6
        2.    Mediacion ............................................................. 6,7
        3.    Arbitraje ............................................................... 7
        4.    Costos ................................................................. 7,8
        5.    Procedimiento de Enmiendas ........................................ 8

    B.    Conducta del Proceso ........................................................... 8

        1.    Demanda para Mediación, Arbitraje o Ambas ..................... 8,9
        2.    Obligación para Proceder ............................................ 9
        3.    Selección de Neutrales ............................................... 9

            a.    Requisitos y Cantidades ...................................... 9
            b.    Proceso de Selección ......................................... 9,1
            c.    Tiempo para Seleccionar: Mediación No Administrada ... 10

.... ... DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS

## PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
### PARA DISPUTAS RELACIONADAS AL TRABAJO
## 1.- INTRODUCCIÓN AL PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS

A.    Aprobación y Enmiendas

1.-    La compañía ha adoptado un Programa de Resolución de Disputas Alternativas ("ADR" o Programa "ADR") como se indica aquí. El programa "ADR" de la compañía ha sido aprobado por, y es administrado por, la Asociación Americana de Arbitraje ("AAA"). El Programa ADR se mantiene en efecto continuamente de la fecha de su adaptación original hasta que sea anulado por escrito, por medio de una acción oficial de esta compañía, aunque los procedimientos con respecto a su administración pudieran cambiar.

2.-    Como se usa aquí, "empleado" se refiere a aplicantes, empleados, ex-empleados, a no ser que se indique de otra forma; y la "parte" se refiere a una persona sujeta al Programa ADR, incluyendo empleados y la compañía. Adjunto encontrará documentos relacionados al Programa ADR, Documento A- "Puerta Abierta" y reglas de "Pocedimiento de Revisión de Quejas Internas" de la compañía; y Documento B- Muestra de Procedimientos Aceptados por la Asociación Americana de Arbitraje – Reglas Nacionales para la Resolución de Disputas de Trabajo. Los procedimientos contenidos en el Documento B son solo para propósito ilustrativo, porque las reglas actuales aplicables a un procedimiento de arbitraje serán las reglas existentes en ese momento para la resolución de disputas de trabajo (Vea párrafo 21 - 24, *Administración,* a continuación.)

3.-    Una copia de este documento es dada a cada empleado en tiempos distintos, incluyendo el momento que una persona aplica para un trabajo, empieza a trabajar, o ambas, y en cualquier momento que el Programa ADR pudiera ser enmendado. Los empleados pueden solicitar una copia vigente del Programa ADR de la gerencia en cualquier momento. Es la responsabilidad del empleado de familiarizarse con los requisitos del Programa.

B.    Programa de Resolución de Disputas Alternativas ("ADR")

1.-    Objetivos y Procedimientos

4.-    El propósito del Programa de Resolución de Disputas Alternativas de esta compañía es de resolver disputas legales comerciales y de el lugar del trabajo sin litigio en la corte. La Resolución de Disputas Alternativas provee un proceso imparcial, rápido, privado y de bajo costo con el cual se resuelven disputas legales.

El Programa ADR consiste de cuatro pasos,

Paso # 1 – Puerta Abierta,

Paso # 2 – Procedimiento de Revisión de Quejas Internas

Paso # 3 – Mediación

Paso # 4 – Arbitraje

### 2.-    Paso # 1 - Norma de Puerta Abierta

5.-    La norma de Puerta Abierta ("Puerta Abierta") de la compañía es un proceso por medio del cual aplicantes, empleados y ex-empleados pueden reunirse rápidamente, directamente e informalmente con la gerencia para discutir preocupaciones y problemas percibidos. Una copia de la póliza vigente de la compañía se ha adjuntado (Vea Documento A- Pólizas de la Compañía referentes al Programa de Resoluciones de Disputas Alternativas/Puerta Abierta y Procedimiento de Revisión de Quejas Internas, páginas 18-20). El uso de Puerta Abierta es el primer paso en el Programa ADR.  La resolución informal de disputas en el proceso de Puerta Abierta debe de estar concluido dentro de cinco (5) días de trabajo regular.  Si las partes involucradas no pueden resolver la disputa utilizando la Puerta Abierta, o si el asunto no es resulto durante el período de cinco (5) días, entonces el empleado tiene dos opciones.  El empleado puede continuar ya sea usando el "Procedimiento de Revisión de Quejas Internas" (Vea párrafo 6, *Procedimiento de Revisión de Quejas Internas*; y Documento A – Polizas relacionadas al Programa de Resolución de Disputas Alternativas/Puerta Abierta y Procedimiento de Revisión de Quejas Internas, páginas 18 – 20.), o el empleado puede exigir que la disputa sea sometida a "mediación" (Vea párrafos 22 y 23, *Mediación*; y párrafo 30, *Demanda para Mediación, Arbitraje o Ambas*, a continuación.)  Discusion informal conforme a la Póliza de Puerta Abierta (Paso 1) es requerida antes de que la persona pueda solicitar mediación (Paso 3).

### 3.    Paso # 2 – Procedimiento de Revisión de Quejas Internas

6.    Si las personas no pueden resolver la disputa por medio de usar la Puerta Abierta, como es mencionado anteriormente, entonces el empleado tiene dos opciones.  El empleado puede proseguir ya sea usando el "Procedimiento de Revisión de Quejas Internas (Vea párrafo 5, arriba; y, Documento A - Política de la Compañía referentes al Programa de Resoluciones de Disputas Alternativas/Puerta Abierta y Procedimiento de Revisión de Quejas Internas, páginas 18 - 20.), o el empleado puede exigir que la disputa sea sometida a "mediación" (Vea párrafos 30 – 34, *Demanda para ADR*, a continuación.).  El Procedimiento de Revisión de Quejas Internas provee que, dentro de los 10 dias de la terminación del proceso conforme a Puerta Abierta, el empleado puede someter una queja por escrito, la cual la gerencia investiga.  Después de la investigación, el gerente apropiado le da una decisión oral al empleado.  Si el empleado no está satisfecho con la decision, o si la decision no es dada dentro de los 10 días, el empleado puede exigir mediación (Vea párrafo 30, *Mediación*; y párrafo 30, *Demanda para Mediación, Arbitraje o Ambas*; y párrafo 45, *Archivar en Tiempo Límite*.).

### 4.    Paso # 3 – Mediación

7.    Si las personas no pueden resolver la disputa por medio de usar la Norma Puerta Abierta (Paso 1), Procedimiento de Revisión de Quejas Internas (Paso 2), o ambas, entonces la persona

puede exigir mediación (Paso 3). Mediación es un proceso en el cual una tercera persona neutral ("neutral"), un "mediador", es ocupado por las partes para ayudar a las partes a llegar a una resolución *voluntaria* de su disputa (Vea párrafos 22 y 23, *Mediación,* a continuación.). El mediador es un individuo neutral, independiente y sin ningún interés. Durante el proceso de mediación las partes buscan llegar a un acuerdo *voluntario*. El mediador no tiene ninguna autoridad para tomar una decision y no puede imponer una decision a las partes. Si las partes no pudieran resolver la disputa en mediación, entonces cualquiera o una parte puede exigir arbitraje (Vea párrafos 30 – 34, , *Demanda para ADR,* a continuación.)

### 5.    Paso # 4 – Arbitraje

8.    Si las partes no pueden resolver la disputa durante mediación (Paso 3), entonces la parte puede exigir arbitraje (Paso 4) (Vea párrafo 24, *Arbitraje* a continuación.). Arbitraje es un proceso en el cual una tercera persona neutral, un "árbitro", preside sobre el proceso legal informal para poder recibir la evidencia, y da una decisión referente a la disputa. Arbitraje es similar a un proceso de litigio en la corte. Un "árbitro" sirve como el juez en procesos de arbitraje. El árbitro es un individuo neutral, independiente y sin ningún interés. El árbitro toma una decisión basada en la evidencia y la ley pertinente. La decision del árbitro es final y obligatoria.

### C. Resumen del Programa ADR

9.    En éste documento se explica el Programa ADR. Hay cuatro (4) pasos en el proceso de resolución de disputas bajo el Programa ADR. El primer objetivo del programa ADR es de requerir que todas las disputas legales sean sometidas al ADR en lugar de litigio en corte. El primer paso en el proceso es una discusión informal por medio y entre empleados y gerencia conforme a la Norma de Puerta Abierta (Paso 1). Después el empleado puede escoger de someter la disputa al Procedimiento de Revision de Quejas Internas (Paso 2) o exigir que la disputa sea sometida a mediación (Paso 3). Si la disputa no es resuelta en mediación, entonces la persona puede exigir que la disputa sea sometida a arbitraje final y obligatorio (Paso 4). Discusión informal conforme a Puerta Abierta (Paso 1), debe de ser conducida antes que la persona pueda exigir mediación (Paso 3), y la mediación debe de ser conducida antes de que la persona pueda exigir arbitraje final y obligatorio (Paso 4). Durante las discusiones informales conforme a la Norma de Puerta Abierta (Paso 1), el Procedimiento de Revisión de Quejas Internas (Paso 2), y mediación (Paso 3), las partes buscan llegar a un arreglo *voluntario* de la disputa. En contraste a la naturaleza voluntaria del proceso en Pasos 1, 2, y 3, en arbitraje, el árbitro, escucha la evidencia, decide el caso, y da una decisión final y obligatoria ("Fallo"), que es legalmente aplicable en corte. Los procedimientos actuales aplicables para mediación y arbitraje pueden ser obtenidos de la gerencia, o directamente de la Asociación de Arbitraje Americana (Vea párrafos 33 y 59, a continuación).

10.-    Una parte puede selecionar un proceso de mediación ya sea "administrada" o "no administrada" (Vea párrafos 21 - 28, *Administración,* a continuación.) El proceso "no administrado" es más informal. En el proceso de mediación "no administrado" las partes, el mediador, o ambos, determinan los procedimientos que ellos seguirán. Si las partes no pueden

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)

3

llegar a un acuerdo en una mediación no adminstrada, o si una parte selecciona un proceso de mediación "administrada", dicho proceso es administrado por la Asociación de Arbitraje Americana ("AAA"). La compañía paga todos los gastos de un proceso de mediación no administrado. Sin embargo, cuando la parte que no sea la compañía solicita una mediación administrada, entonces la parte que esta solicitando tiene que pagar una porción de los gastos (Vea párrafos 25 - 28, *Costos*, a continuación). El Arbitraje siempre es administrado por la AAA. Si la parte que no sea la compañía exige arbitraje, la parte tiene que pagar una cuota nominal por gastos de archivo (Vea párrafos 25 – 28, *Costos*, a continuación.). La compañía paga todos los demás gastos del arbitraje. La AAA tiene diferentes reglas de derecho procesal para disputas relacionadas al trabajo y disputas comerciales.

11.    El Programa ADR de la compañía provee que la mediación sea siempre conducida por un solo ("mediador") neutral, y el arbitraje usualmente sea conducido ante un solo ("árbitro") neutral (Vea párrafo 22, *Mediación*; párrafo 24, *Arbitraje*; y párrafo 28, *Costos*, a continuación.). Una sola persona neutral es usada para poder ahorrar en gastos. Sin embargo, la parte puede exigir arbitraje ante un panel de tres (3) árbitros (un "tribunal") si la parte exigiendo el tribunal paga los gastos adicionales (Vea párrafo 28, *Asignación de Gastos*, a continuación.). La parte que se niega a seguir el Programa ADR puede ser sujeta por incumplimiento de contrato, y gastos, honorarios razonables de abogado, o ambos, y pueden ser evaluados en contra de dicha parte (Vea párrafo 17, el *Programa ADR es un Contrato*; y párrafo 49, *Reusarse a Seguir el Programa ADR*, a continuación.).

12.    Si la disputa es entre la compañía y un aplicante, empleado o ex-empleado, las reglas de resolución de disputas de trabajo del AAA se aplican (Vea Prueba de Exhibición B.). A los aplicantes se les da una notificación del Programa ADR en el momento que ellos solicitan trabajo, y la aceptación del Programa ADR es una condición al someter una aplicación. Los aplicantes, empleados, y ex-empleados pueden obtener una copia de los procedimientos actuales, de la gerencia o del AAA.

## D.    Origen, Objetivo y Campo de Acción

### 1.    Acta Federal de Arbitraje

13.-    El programa ADR de la compañía es adaptado y mantenido conforme a la Acta Federal de Arbitraje. Todas las disputas legales relacionadas al trabajo deben de ser sometidas a la Resolución de Disputas Alternativas ("ADR"). El Programa ADR no transfiere ningunos derechos adicionales u obligaciones en la Compañía, empleados, o terceras personas, que ellos no tengan de otra forma bajo ley estatal o federal. Con respecto a empleados, el Programa ADR no modifica en ninguna forma el *estatuto a voluntad* de la relación del trabajo.

### 2.    Personas Sujetas al Programa ADR

14.-    Las personas sujetas al Programa ADR incluye la compañía, sus dueños, gerentes, directores, sub-directores, empleados, contratistas, consejeros y afiliados; y todos los aplicantes para trabajo, empleados, ex-empleados, empleados provisionales (ambos aquellos ocupados directamente por la compañía o que puedan ser ocupados por medio de una agencia de

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)

colocaciones, o cualquier otra entidad), agencias de trabajo, contratistas independientes, consejeros, y todas las personas que lleven a cabo servicios personales para la compañía por una compensación.

15.    Acceder a estar obligado por el Programa ADR es indicado por la conducta del empleado al tomar beneficios de la compañía, incluyendo sueldos, pagos, o otra buena y valiosa consideración, después de que dicho empleado supiera o debería de haber sabido de la existencia del Programa ADR (Vea párrafo 17, el Programa *ADR Es un Contrato*, a continuación.).

### 3.    Disputas Sujetas al Programa ADR

16.    Todas las disputas que se originen bajo la ley local, estatal (excepto reclamos de compensación de trabajadores), federal, foránea, o internacional, incluyendo pero no limitado a, disputas legales a reclamos de salario por hora, descriminación de trabajo, acoso ilegitimo, lesiones en el trabajo no sujetas a la ley de compensación de trabajadores, incumplimiento de contrato, y otras causas comunes de derecho jurisprudencial de acción estan sujetas al Programa ADR. Con respecto a disputas legales de trabajo, esto incluye tales disputas entre la compañía (incluyendo gerentes y dueños) y empleados, y disputas entre cualquiera y todos los empleados (incluyendo aplicantes y ex-empleados). Reclamos de compensación de trabajadores *no* estan incluidos.

### 4.-    El Programa ADR Es un Contrato

17.    El Programa ADR es un contrato. Como un contrato, el Programa ADR es obligatorio a la compañía y esas personas y entidades que acepten beneficios de la compañía (por ejemplo, aplicantes que soliciten trabajo, y empleados que acepten sueldos) después de que dichas partes supieran o deberían de haber sabido de la existencia del Programa ADR. La *Aceptación* del Programa ADR por un aplicante, o empleado, *es una de las condiciones de trabajo y de continuar trabajando*. El reusarse a seguir el Programa ADR puede constituir un incumplimiento de contrato por lo cual la parte en rebeldía puede ser sujeta de pagar gastos razonables de honorarios de abogado incurridos por la parte (s) que no estén en rebeldía. (Vea párrafos 39 – 44, *Beneficios de Servicios Legales*; y 49, *Reusarse a Seguir el Programa ADR*, a continuación.).

### E. Procedimientos

### 1.    Niveles de Resolución de Disputas

18.    El Programa ADR consiste de cuatro pasos, Paso 1- Puerta Abierta, Paso 2 Procedimiento de Revisión de Quejas Internas, Paso 3- Mediación, y Paso 4- Arbitraje.

### 2.    Tiempo: Duración del Proceso

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)

5

19.    La meta del Programa ADR es de concluir la mediación no administrada (Vea párrafos 21 – 23, *Administración*, a continuación.) dentro de 30 días después de que dicha solicitud fue hecha (Vea párrafo 30, *Solicitud para Mediación, Arbitraje, o Ambas*, a continuación.). Sin embargo, dependiendo en la naturaleza de la disputa, un período más largo puede ser requerido. Los procesos ADR conducidos por la AAA estan sujetos a las reglas aplicables de la AAA. (Vea, por ejemplo, Prueba de Exhibición B- *Asociación Americana de Arbitraje – Reglas Nacionales para la Resolución de Disputas de Trabajo*.).

### 3.    Procedimiento Interno de Revisión de Quejas

20.    La directiva de la compañía para la administración del personal provee un *"Proceso de Revisión de Quejas Internas."* (Vea Prueba de Exhibición A, páginas 18 – 20.). El Proceso de Revisión de Quejas Internas es parte del Programa ADR. Mientras el Manual para Empleados pueda contener información con respecto al proceso para archivar quejas internas y el uso del Programa para la Resolución de Disputas Alternativas, el Manual para Empleados no es un contrato. Aunque el Programa ADR es descrito en forma de resumen en el Manual de Empleados, el Programa ADR no es parte del Manual de Empleados. Comentarios en el Manual de Empleados con respecto al Programa ADR son solo con el propósito de información general acerca de la administración del personal. Distinto al Manual de Empleados, *el Programa ADR Es un Contrato* el cual se aplica a la compañía, aplicantes, empleados, y terceras personas (Vea párrafo 17, *el Programa ADR Es un Contrato*, anteriormente mencionado.).

## II.    PROCEDIMIENTOS GENERALES

### A.    Administración

#### 1.    *Tipos de Procesos*

21.    El Programa ADR provee para ambos procesos el "no Administrado" y el "administrado" procedimientos ADR. Las partes pueden escoger ya sea "no administrado" o "administrado" el proceso de mediación. (Vea párrafos 22 y 23, *Mediación*, a continuación.). Un proceso de mediación "no administrado", las partes, el mediador, o ambos, seleccionan el procedimiento a seguir. Si las partes no pueden llegar a un acuerdo en una mediación no administrada, o si una de las partes escoge un proceso de mediación "administrado" dicha mediación es administrada por la Asociación Americana de Arbitraje ("AAA"). El Arbitraje siempre es "administrado." La compañía ha seleccionado la Asociación Americana de Arbitraje ("AAA") para administrar procesos cuando un proceso administrado es requerido bajo el Programa ADR.

#### 2.    *Mediación*

22.    La mediación puede ser no administrada o administrada. Una mediación es conducida por un solo mediador. Si las partes estan de acuerdo, la mediación es no administrada. En una mediación no administrada, el mediador sigue la guía usada en las cortes estatales para mediación. El procedimiento seguido en mediación es a discreción del mediador. En una mediación no administrada, la compañía paga los gastos de mediación (honorarios del mediador). Sin embargo, si una parte que no sea la compañía solicita un mediación administrada

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 – RESERVADOS TODOS LOS DERECHOS)

6

entonces la parte que la esta solicitando debe pagar una porción de los gastos (Vea párrafos 25 – 28, *Costos*, a continuación.).

23.     Si las partes no pueden llegar a un acuerdo en una mediación administrada (Vea párrafos, 21 y 22, antes mencionados.), entonces la mediación es administrada por la Asociación Americana de Arbitraje ("AAA"), conforme a las reglas actuales para mediación del AAA (Vea la Prueba de Exhibición B- *Reglas Nacionales para la Resolución de Disputas de Trabajo de la Asociación Americana de Arbitraje.*).

### 3.     *Arbitraje*

24.     Los procesos de arbitraje son conducidos conforme a las *Reglas Nacionales para la Resolución de Disputas de Trabajo de la Asociación Americana de Arbitraje* (Vea la Prueba de Exhibición B.).  A petición de una parte que este sujeta al Programa ADR de la compañía, la AAA registra el caso, le asigna un número de caso, y les envía por correo información e instrucciones a las partes.  Si una parte que no sea la compañía exige arbitraje, la parte debe de pagar una cuota al AAA (Vea párrafos 25 – 28, *Costos*, a continuación.).  El costo de un proceso de arbitraje ante un tribunal es aproximadamente tres veces el costo de un proceso ante un solo árbitro.  Para poder ahorrar gastos, el Programa ADR de la compañía provee que el arbitraje sea conducido ante una sola persona neutral (un árbitro).  Sin embargo, una parte puede exigir arbitraje ante un panel de tres (3) árbitros (un "tribunal") si la parte exigiendo el tribunal paga los gastos adicionales comparados al costo de un árbitro (Vea párrafo 28, *Asignación de Costos*, a continuación.).

### 4.     *Costos*

25.     Los honorarios profesionales que son cobrados por los neutrales (mediadores o árbitros) constituyen la mayoría del costo del proceso ADR.  La AAA cobra cuotas para el archivo de quejas y otras cuotas administrativas al administrar un proceso de arbitraje.  Sujeto a las excepciones mencionadas aquí, las partes pagan cuotas y costos como estan mencionadas a continuación.  (Vea también párrafos 39 – 44, *Beneficio de Servicios Legales*; párrafo 45, *Archivar en Plazo Límite*; y párrafo 49, *Reusarse a Seguir el Programa ADR*, a continuación.).

26.     *Mediación.*  La compañía pagas todos los gastos para una mediación no administrada.  La parte que no sea la compañía que solicita una mediación administrada debe de pagar a la AAA una cuota de $125.00.  La compañía paga todos los otros gastos impuestos por la AAA, sujeto a las excepciones y exclusiones mencionadas aquí, (Vea párrafos 39 – 44, *Beneficio de Servicios Legales*; párrafo 45, *Archivar en Plazo Límite*; y párrafo 49, *Reusarse a Seguir el Programa ADR*, a continuación.).

27.     *Arbitraje.*  La parte que no sea la compañía que solicita un arbitraje debe de pagar a la AAA una cuota de $250.00.  La compañía paga todos los otros costos para arbitraje, sujeto a las excepciones y exclusiones mencionadas aquí, (Vea párrafos 39 – 44, *Beneficio de Servicios Legales*; párrafo 45, *Archivar en Plazo Límite*; y párrafo 49, *Reusarse a Seguir el Programa ADR*, a continuación.).

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)

7

28.   *Asignación de Costos.* Si por alguna otra razón una parte que no sea la compañía desea pagar más, dicha parte puede pagar hasta el 50% de los costos totales. La compañía paga todos los costos del arbitraje ante un *solo* árbitro (Vea párrafo 24, *Arbitraje*, antes mencionado.), sujeto a las excepciones y exclusiones mencionadas aqui, (Vea párrafos 39 – 44, *Beneficio de Servicios Legales*; párrafo 45, *Archivar en Plazo Limite*; y párrafo 49, *Reusarse a Seguir el Programa ADR*, a continuación.). Sin embargo, si una parte desea un panel de tres (3) árbitros, en lugar de un solo árbitro, entonces esa parte paga los gastos extras de los dos (2) árbitros adicionales (Vea párrafo 24, *Arbitraje*, antes mencionado.). Si la AAA o el neutral cobra una cuota para volver a dar una fecha del proceso, entonces bajo el Programa ADR de la compañía, la parte solicitando el cambio de fecha debe de pagar la cuota.

5.   Procedimiento de Enmiendas

29.   La compañía puede enmendar el Programa ADR en cualquier momento, con o sin notificación previa a las partes sujetas a la misma. Enmiendas al Programa ADR pueden ser hechas efectivas retroactivamente. El Programa ADR de la compañía en efecto al momento en que la disputa fué sometida por primera vez, para resolución conforme al Programa ADR es aplicable al procedimiento. Enmiendas al Programa ADR pueden ser hechas efectivas retroactivamente. Aunque la compañía procure dar notificación a todas las personas a las cuales el Programa ADR es aplicable, dicha notificación no es requerida para que los cambios sean efectivos.

B.   Conducta del Proceso

1.   *Demanda de Mediación, Arbitraje o Ambas*

30.   La mediación puede ser exigida por una parte despues de haber terminado con el Paso 1, Paso 2, o ambos. Una demanda para mediación bajo el Programa ADR debe de estar por escrita y entregada a, o enviada por correo a la parte contraria, a la AAA o ambas. La parte haciendo la demanda se le llama "demandante". La parte en contra de quien se hace la demanda se le llama el "demandado." Si el demandado no es la compañía, entonces el demandante debe de enviar por correo una copia de la demanda a la compañía. Incumplimiento a éste requisito puede resultar en pérdida de beneficios monetarios bajo el Plan de Beneficios de Servicios Legales (Vea *Plan de Beneficios de Servicios Legales*, párrafos 39 – 44, a continuación.). En una mediación administrada, la parte exigiendo tal, debe contactar a la AAA directamente al domicilio mostrado a continuación (Vea párrafo 33, a continuación.).

31.   Las demandas deben de ser hechas dentro de 30 días de la fecha en que ocurrió la disputa, o en la fecha en la cual la parte se dió cuenta de los hechos que son el origen de la disputa; o dentro de 30 dias de la fecha en cual el procedimiento conforme a Puerta Abierta (Vea párrafo 5, *Puerta Abierta*, antes mencionado.), el Procedimiento de Revisión de Quejas Internas (Vea párrafo 6, *Procedimiento de Revisión de Quejas Internas*, antes mencionado.), termine (Vea párrafo 45, *Archivar en Plazo Límite,* a continuación.). Si la disputa no es resuelta en mediación, entonces la parte que desee un arbitraje debe exigir tal, dentro de 30 días después de la conclusión de la mediación (Vea párrafos 22 y 23, *Mediación*, antes mencionada.).

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)

32.    Si la parte hace una demanda adecuada para ADR dentro de tal periodo de 30 dias, entonces, la parte es elegible para beneficios monetarios como son mencionados aqui (Vea párrafos 39 – 44, *Beneficios de Servicios Legales*.).  Sin embargo, con respecto a procedimientos adminstrados conducidos por la AAA, aunque las reglas concernientes al tiempo de hacer una demanda para tal, para poder tener derecho a beneficios monetarios como son mencionados aqui, la parte debe de cumplir con el requisito de 30 dias que es dado por la compañía en el Plan de Beneficios de Servicios Legales (Vea párrafo 39 – 44, *Beneficios de Servicios Legales*; y párrafo 45, *Archivar en Plazo Límite*, a continuación.).

33.    Demandas para procedimientos administrados conducidos por la AAA deben de ser enviados a :

AMERICAN ARBITRATION ASSOCIATION

1331 Lamar - Suite 1180 / Houston, TX 77010

713.739.1302 Teléfono / 713.739.1702 Telecopiadora

Después de que la AAA recibe la demanda, la AAA notifica a todas las partes y hace arreglos futuros.  La persona haciendo la demanda debe de enviar por correo una copia de la demanda a todas las otras partes.

2.    Obligación para Proceder

34.    La parte sosteniendo un reclamo para alivio afirmativo tiene el peso del proceso bajo el Programa ADR.

3.    Selección de Neutrales

a.    Requisitos y Cantidades

35.    En una mediación no administrada, las partes usan mediadores que estan calificados para conducir una mediación en el estado.  Una mediación es conducida por un solo neutral ("mediador").  Arbitros son seleccionados por las reglas aplicables a la AAA (Vea párrafo 30, *Demanda para Mediación, Arbitraje, o Ambas*, antes mencionadas.).  Sin embargo, por el Programa ADR de la compañía, el arbitraje es conducido por un solo neutral, excepto como es mencionado aqui (Vea párrafo 24, *Arbitraje*; y párrafo 28, *Asignación de Gastos*, antes mencionados.).

b.    Proceso de Selección

36.    En una mediación no administrada, las partes pueden seleccionar cualquier neutral calificado (Vea párrafo 35, *Requisitos y Cantidades*, antes mencionadas.).  Si las partes no pueden llegar a un acuerdo en una mediación administrada o no administrada, o de la selección del mediador, entonces el proceso es conducido como una mediación administrada por la AAA conforme a las reglas de mediación de empleo de la AAA.  Si como un resultado de la falta de un acuerdo, y el proceso administrado es requerido, las partes comparten gastos como es mencionado aqui (Vea párrafo 25 – 28, *Costos*, antes mencionados.).  En procedimientos de arbitraje, los neutrales son seleccionados de acuerdo a las reglas de empleo aplicables en arbitraje (Vea Prueba de Exhibición B- *Reglas Nacionales para la Resolución de Disputas de Trabajo de la Asociación Americana de Arbitraje*.).  Sin embargo, el Programa ADR de la

compañía provee que los Procesos ADR sean conducidos por un solo neutral, excepto como es mencionado aquí (Vea párrafo 24, *Arbitraje*; y párrafo 28, *Asignación de Costos*, antes mencionados.).

c.    Tiempo para Seleccionar: Mediación No Administrada

37.    En una mediación no administrada, las partes deben seleccionar al mediador dentro de 15 días después de que la parte que solicita, demanda mediación. Si por algún motivo las partes no llegan a un acuerdo en la selección de el mediador dentro de dicho tiempo, entonces la mediación es administrada por la AAA.

D.    Procedimientos Diversos

1.    El Derecho a ser Representado

38.    En procedimientos de mediación y arbitraje, cualquier parte puede ser representada por un abogado. Para poder asistir a los empleados a obtener un abogado del Programa ADR provee que beneficios monetarios sean pagados al abogado del empleado siempre y cuando el empleado llene ciertos requisitos (Vea *Plan de Beneficios de Servicios Legales*, párrafo 39 – 44 a continuación.). Las partes no son representadas por un abogado durante discusiones a Puerta Abierta (Vea párrafo 5, *Puerta Abierta*, antes mencionado.) o el Proceso de Revisión de Quejas Internas (Vea párrafo 6, *Proceso de Revisión de Quejas Internas*, antes mencionado.). A los empleados se les anima a buscar ayuda, representación, o ambos, departe un abogado.

2.    *Plan de Beneficios de Servicios Legales*

39.    Al presente la Compañía tiene un Plan de Beneficios de Servicios Legales ("Plan"). El Plan ofrece beneficios en efectivo a aplicantes, empleados, y ex-empleados que sean partes a procesos bajo el Programa de Resolución de Disputas Alternativas (ADR) de la compañía. El propósito de los beneficios es de asistir a dichas personas para que obtengan un abogado para representación en procesos bajo el Programa ADR (mediación, arbitraje, o ambos.).

40.    Para poder ser elegible para beneficios bajo el Plan como un demandante, la parte debe de empezar el proceso bajo el Programa ADR, dentro de 30 días de la fecha en que la disputa ocurrió, o en la fecha en que la parte se enteró o debió de haberse enterado de los hechos que son el origen de la disputa. Si la disputa no es resuelta en el Paso 1 (Norma de Puerta Abierta), o en el Paso 2 (Proceso de Revisión de Quejas Internas), la parte deseando mediación debe hacer dicha demanda dentro de 30 días de la fecha en la cual los procesos terminan conforme al Paso 1, Paso 2, o ambos (Vea párrafo 5, *Norma de Puerta Abierta*; párrafo 6, *Proceso de Revisión de Quejas Internas*, antes mencionado; y, párrafo 45, *Archivar en Plazo Límite*, a continuación.). Si la disputa no es resuelta en mediación, entonces si un arbitraje es deseado, la parte debe de exigir arbitraje dentro de 30 días después de la conclusión de mediación.

41.    Además de otros requisitos mencionados aquí (Vea, por ejemplo, párrafo 40, antes mencionado; y párrafo 45, *Archivar en Plazo Límite*, a continuación.), para poder ser elegible para beneficios, una parte no debe de archivar una demanda en corte, o de otra forma resistir la

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)

resolución de la disputa legal bajo el Programa ADR (Vea párrafo 49, *Reusarse a Seguir el Program ADR.*). La parte que archiva una demanda en lugar de usar el Programa ADR en una disputa que es sujeta a lo mismo, pierde todo derecho a beneficios que le corresponden bajo el Plan. Si el neutral determina que una parte ha archivado un reclamo frívolo, ha abusado del proceso legal, ha abusado el Programa ADR, actuó en mala fé, o no siguió los procedimientos aplicables a la ADR, tal persona no es elegible para beneficios bajo el Plan.

42.    El Plan limita la cantidad máxima de beneficios que un individuo puede recibir durante un período de doce (12) meses ("Beneficios por año"). En el presente dicha máxima cantidad es de $1,200.00 por año. La compañía designa los Beneficios por Año como el período de doce (12) meses medidos hacia delante desde el primer día que el empleado fué elegible para beneficios del Plan. En el presente el Plan paga $400.00 para mediación, y $600.00 para arbitraje. Los beneficios son pagados directamente al abogado del individuo a la terminación del proceso.

43.    El Plan y los beneficios bajo el Plan estan sujetos a cambio. Los empleados pueden obtener una copia actual del Plan, de la gerencia. Una copia del Plan es dada a cada empleado en el momento que el empleado es elegible para beneficios bajo el Plan. Es la responsabilidad del empleado de familiarizarse con los requisitos del Plan.

44.    Los empleados u otras personas que llenen ciertas guías de ingresos también pueden calificar para servicios legales gratuitos por la agencia local de ayuda legal de la Corporación Federal de Servicios Legales.

### 3.    *Archivar en Plazo Límite*

45.    El mismo Plazo Fijado para Presentar una Demanda y limitación de tiempo ("estatutos de limitaciones") se aplican a solicitudes para abritraje como se aplican al archivarse en cortes locales. Sin embargo, la parte que procura imponer ADR debe de hacerlo sin demora. Para poder ser elegible para los Beneficios de Servicios Legales (Vea párrfos 39 – 44, *Beneficios de Servicios Legales*, antes mencionado), la parte debe de hacer la demanda escrita para la ADR dentro de 30 dias de lo ocurrido de el evento a disputar, o en la fecha en la cual la parte se enteró o debió de haberse enterado de lo mismo. Con respecto a darle servicio a dicha demanda, por el propósito limitado de cumplir con los requisitos de presentar una demanda bajo el Plan de Beneficios de Servicios Legales (Vea *Plan de Beneficios de Servicios Legales*, párrafos 39 – 44, antes mencionados.), tan pronto como sea la fecha de entrega a la compañía o a la AAA, o en la fecha del matasellos sobre esto se determina la fecha que tal demanda es hecha. En procedimientos adminstrados, todos los requisitos de la AAA para presentar una demanda se aplican.

### 4.    Preparación del Caso

46.    En procedimientos de arbitraje, las partes tienen preparación de procedimiento del caso similares como son disponibles en las cortes locales, incluyendo el derecho de obtener documentos u otros tangibles, y el derecho de tomarle el juramento al testigo ante un reportero de la corte. Cualquier disputas con respecto a tales asuntos son resueltos por un árbito.

### 5.     *Recursos y Alivio*

47.     En arbitraje el árbitro puede ordenar los mismos recursos y alivios disponibles en las cortes locales.  Al decidir el caso, el árbitro aplica la ley aplicable, y asigna órdenes como corresponden.  Bajo el *Acto Federal de Arbitraje*, el árbitro ejercita su autoridad para decidir un caso similar a un juez federal.

### 6.     *Decisiones: Fallos en Arbitraje*

48.     La decision del árbitro se le llama un "fallo".  El fallo es ejecutable en corte.  Todas las decisiones son "definitivas y obligatorias".  El árbitro sigue las reglas aplicables de la AAA (Vea, por ejemplo, Prueba de Exhibición B.).

### 7.     *Reusarse a Seguir el Programa ADR*

49.     El Programa ADR es un contrato.  Reusarse a seguir el Programa ADR puede constituir incumplimiento de contrato.  En el evento una corte o un árbitro determina que la compañía, o cualquier otra parte, ha hecho un incumplimiento de contrato, se ha reusado a seguir el Programa ADR, o ambos, además de cualquier otro recurso disponible bajo las leyes aplicables al procedimiento, la corte o el árbitro pueden ordenar a la parte que se resiste que pague los gastos de la otra parte o partes, y honorarios razonables de abogado, en la cuestión del incumplimiento del contrato, reusarse a seguir el Programa ADR, o ambos, sin tomar en consideración de el estado de la parte (s) resistiendose  a la disposición final en los méritos del caso.  Una parte que se reuse a seguir el Programa ADR, por ejemplo, por archivar la demanda en la corte, no es elegible para cualquier beneficio económico a continuación (Vea párrafos 25 – 28, *Gastos*; y párrafos 39 – 44, *Beneficios de Servicios Legales*.).

### 8.     *Jurisdicción: Donde Son Conducidos Estos Procedimientos*

50.     Los procesos de mediación y arbitraje se conducen en una locación en el estado y condado designado por la compañía, al menos que sea acordado de otra manera por las partes. (Ver página numerada "ii" al comienzo de este documento para el estado y condado designado.)

### E.  Asuntos Varios

### 1.     Interpretación del Programa ADR, Política y Procedimientos

51.     Cualquier disputa con respecto a la jurisdicción, ejecución, e incumplimiento del Programa ADR, Política y Procesos son sometidos a ADR como cualquier otra disputa aqui mencionada.

### 2.     Programa ADR Aplicable

52.     El Programa ADR esta sujeto a enmiendas (Vea párrafo 29, *Proceso de Enmiendas*, antes mencionado.).  El Programa ADR de la compañía en efecto en el momento en que la disputa es sometida primero para resolución conforme a el Programa ADR es aplicable en el proceso. {Vea párrafo 4, *Programa de Resolución de Disputas Alternativas (ADR)*, antes mencionado.}.  Enmiendas al Programa ADR pueden ser efectivas retroactivamente.

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)

### 3.    *Derechohabientes*

53.    El Programa ADR y práctica se aplica a los sucesores, herederos, y apoderados de las partes.

### 4.    *Integración*

54.    Este documento contiene las prácticas y procedimientos del Programa ADR de la compañía.  Sin embargo, otros documentos pueden ser usados para interpretar este documento.

### 5.    *Cláusulas de Reserva*

55.    Si cualquier parte de esto se determina que sea nulo, tal no afecta la validez del resto de este documento.

### 6.    *Redacción de este Documento*

56.    El texto de éste documento controla sobre el formato, descripciones de actualidad, y designaciones aqui mencionadas. Cualquier disputa con respecto a desarrollo, interpretación, o ambos, de este documento; o asuntos relacionados a la administración del Programa ADR, o ambos, son sometidos para resolución como cualquier otra disputa sujeta al Programa ADR.

### 7.    *Traducción a Idioma Foráneo*

57.    Como una cortesía a empleados y partes terceras, la compañía puede producir y distribuir copias de este documento en un idioma aparte del Inglés.  Si dicha copia traducida es hecha, la versión en inglés de éste documento es la versión oficial, y es la que controla para todo propósito, incluyendo ejecución, construcción e interpretación de esto.

### 8.    Interpretación de los Documentos

58.    En caso de cualquier conflicto o ambigüedad entre los términos de este Programa ADR y las reglas aplicables de la Asociación Americana de Arbitraje, la última controlará.

### 9.    Elección de Ley

59.    En todos los asuntos concerniente a la interpretación de este documento y el desempeño del mismo, la ley de el Estado de Texas aplica, excepto que el Programa ADR por si mismo se establece de acuerdo a la Ley Federal de Arbitraje ("FAA"), y la FAA aplica para todo propósito.

10.    *Más Información Acerca del Programa ADR*

60.    Empleados y terceras partes sujetos al Programa ADR se le recomienda hacer preguntas con respecto a cualquier aspecto del Programa ADR. Empleados y otras personas sujetas al Programa ADR pueden obtener una copia de las reglas y procedimientos aplicables de la AAA, de la gerencia.

61.    Una copia de este documento les es dado a cada empleado en diferentes ocasiones, incluyendo en el momento en que un individuo aplica para trabajo, empieza a trabajar, o ambos, y en cada momento en que el Programa ADR es enmendado. Información al corriente a cerca de la Asociación Americana de Arbitraje, incluyendo sus reglas actuales para mediación y arbitraje pueden ser obtenidas del website de AAA en: http: //www.adr.org. Empleados pueden solicitar una copia actual del Plan, de la gerencia en cualquier momento. Es la responsabilidad del empleado de familiarizarse con los requisitos de el Programa.

14

# PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS

## PARA DISPUTAS LEGALES RELACIONADA CON EL TRABAJO

DOCUMENTOS

15

## PUERTA  ABIERTA

El objetivo de la Norma de Puerta Abierta es de facilitar discusiones informales y la resolución de problemas relacionados con el trabajo.  A los empleados se les anima que discutan sus preocupaciones relacionadas al trabajo informalmente con sus superiores inmediatos o con cualquier otro gerente apropiado.  Conforme a la Puerta Abierta los empleados y la Compañía pueden entablar en discusiones de buena fé de tales asustos en un esfuerzo para alcanzar resoluciones satisfactorias mutuamente sin acudir a procedimientos más formales.  Los empleados también pueden hacer quejas formales utilizando el Proceso de Revisión de Quejas Internas (Vea a continuación.).  La Compañía intenta mantener la confidencialidad de la discusión, investigación, y la resolución de dichos asuntos.  Sin embargo, los empleados deben entender que en el curso de investigar y resolver dichos asuntos, alguna diseminación de información a otros, pueda ser necesaria y apropiada.

A los empleados se les anima a discutir sus inquietudes relacionadas al trabajo con el supervisor inmediato tan pronto como sea posible después del evento que causa la inquietud. Alternativamente, si el empleado cree que el supervisor inmediato no es la persona apropiada con quien presentar su problema, el empleado lo puede presentar con cualquier otro supervisor o miembro de la gerencia. Si por algún motivo un empleado no es capaz de discutir dichos asuntos con un supervisor u otro gerente, entonces el empleado debe de ponerse en contacto con el Jefe Ejecutivo de la Compañía, o cualquier otro Ejecutivo, directàmente. Para poder asistir a los empleados en contactar al gerente apropiado o ejecutivo, la Compañía actualmente tiene una "Linea Directa Para Información y Asistencia de los Empleados (Vea a continuación.). Si por cualquier razón un empleado cree que dichos problemas no pueden ser discutidos con ningún nivel de la gerencia, entonces el empleado puede contactar la "Linea Directa Para información y Asistencia de los Empleados" (Vea a continuación.).

A los empleados se les anima que prosigan una discusión de problemas relacionados al trabajo con el supervisor apropiado hasta que el asunto sea completamente resuelto.  No siempre pueda que sea posible de alcanzar el resultado deseado por el empleado, pero si no, la Compañía intentará en cada caso explicar el porqué.  La Compañía cree que los problemas de los empleados son dirigidos mejor por comunicación informal y abierta.  Ningún empleado será disciplinado o de otra forma penalizado por presentar problemas en buena fé.  Si un empeado cree que un problema relacionado con el trabajo debe de ser presentado a la atención de la Compañía por queja escrita e investigación formal, el empleado puede usar el "Proceso de Revisión de Quejas Internas" (Vea el Proceso de Revisión de Quejas Internas, a continuación.).

---

### LOS  EMPLEADOS  PUEDEN  CONTACTAR
### LA GERENCIA POR LA LINEA DIRECTA PARA INFORMACIÓN DE EMPLEADOS
### LLAMANDO SIN COSTO AL
### 800 . 685 . 7635

---

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)

# PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS

## PARA DISPUTAS LEGALES RELACIONADAS CON EL TRABAJO

### PRUEBA DE EXHIBICIÓN    A

**Política de la Compañía**
**Referente al Programa de Resolución de Disputas Alternativas**

**PUERTA ABIERTA**

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)

# PROCEDIMIENTO DE REVISIÓN DE QUEJAS INTERNAS

Objetivo y Campo de Acción

El objetivo del Procedimiento de Revisión de Quejas Internas es de proveer a todos los empleados de la compañía la oportunidad para la resolución interna de quejas relacionadas con el trabajo y disputas legales. El Procedimiento de Revisión de Quejas Internas complementa la Norma de Puerta Abierta (Vea Puerta Abierta, antes mencionada.), y provee a todos los empleados acceso libre con supervisores inmediatos, otros gerentes de la compañía, o para Ejecutivos incluyendo al Jefe Ejecutivo, para discutir informalmente inquietudes relacionadas con el trabajo.  La compañía intenta mantener confidencialmente todas las quejas, investigaciones y resoluciones de dichos asuntos.  Sin embargo, los empleados deben de entender que en el curso de investigación y al resolver dichos asuntos, alguna diseminación de información a otros puede ser necesaria y apropiada.

Nivel 1 – Queja por Escrito

Si las partes no pueden resolver la disputa por medio de usar la Puerta Abierta, como es mencionada anteriormente, entonces los empleados tienen dos opciones. El empleado puede proceder ya sea usando el "Procedimiento de Revisión de Quejas Internas" (Vea párrafo 6, *Procedimiento de Revisión de Quejas Internas*, antes mencionado.), o el empleado puede exigir que la disputa sea sometida a "mediación".  (Vea párrafo 30, *Demanda para ADR*, antes mencionada.). El Procedimiento de Revisión de Quejas Internas, provee esto, dentro de 10 dias de la conclusión del proceso conforme a la Puerta Abierta, el empleado puede someter una queja por escrito al gerente. Por lo tanto, la gerencia investiga la queja. Después de la investigación el gerente apropiado da al empleado una decisión oral. Si el empleado no esta satisfecho con la decisión, o, si la decisión no es dada dentro de 10 dias, el empleado puede exigir mediación (Vea párrafos 30, *Demanda para Mediación, Arbitraje, o Ambas*; y párrafos 45, *Archivar en Plazo Límite*.).

Nivel II - Mediación

Si la queja no se resuelve durante el procedimeinto de resolución de disputas internas (Paso 1 y 2), entonces el empleado, la compañía, o ambos pueden exigir que la disputa sea referida a mediación. Las reglas completas aplicables a los procedimientos de mediación estan disponibles en la gerencia (Vea Prueba de Exhibición B, muestra de reglas de la Asociación Americana de Arbitraje reglas para resolución de disputas de empleo.).

Nivel III – Arbitraje

Si la queja no se resuelve en mediación, el empleado, la compañía, o ambos pueden solicitar que la disputa sea referida a arbitraje final y obligatorio.  Las reglas completas aplicables al procedimiento de arbitraje se pueden obtener de la gerencia (Vea Prueba de Exhibición B, muestra de reglas de la Asociación Americana de Arbitraje para la resolución de disputas de trabajo.).

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACION RIO 2000 –TODOS LOS DERECHOS RESERVADOS)

# PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS

## PARA DISPUTAS LEGALES RELACIONADAS CON EL TRABAJO

### PRUEBA DE EXHIBICIÓN    B

Pólitica de la Compañía
Referente al Programa de Resolución de Disputas Alternativas

### PROCEDIMIENTO DE REVISIÓN DE QUEJAS INTERNAS

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)

========================================================================

# ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## FOR WORK-RELATED LEGAL DISPUTES

========================================================================

# EXHIBIT C

Notices for Applicants, Employees and Others

C-1:    Notice to Applicants Regarding ADR Program (English)  ...............................    20
C-2:    Notice to Applicants Regarding ADR Program (Spanish)  ...............................    21

C-3:    Notice to Employees Regarding Adoption of ADR Program (English)  ...........    22
C-4:    Notice to Employees Regarding Adoption of ADR Program (English)  ...........    23

C-5:    Notice to Employees Regarding Changes in ADR Program (English)  .............    24
C-6:    Notice to Employees Regarding Changes in ADR Program (Spanish)  .............    25

C-7:    Notice to Employees Regarding ADR Program - Reminder (English)  .............    26
C-8:    Notice to Employees Regarding ADR Program - Reminder (Spanish)  .............    27

C-9:    Notice to Employees Regarding ADR Program - Poster (English)  .................    28
C-10:   Notice to Employees Regarding ADR Program - Poster (Spanish)  .................    29

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

**C-1:** PHOTOCOPY THIS MEMO TO COMPANY LETTERHEAD, *DELETING THIS LINE.*

------------------------------------------------------------------------------------

| | | |
|---|---|---|
| TO | : | Applicants for Employment |
| FROM | : | Management, by - |
| RE | : | ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROGRAM |
| SUBJECT | : | APPLICABILITY OF ADR PROGRAM<br>TO APPLICANTS FOR EMPLOYMENT |

------------------------------------------------------------------------------------

### NOTICE TO APPLICANTS

**The company has an Alternative Dispute Resolution ("ADR")Program.** The ADR Program requires that all work-related **legal Disputes be submitted to an informal dispute resolution process, including mediation, final and binding arbitration, or both.**

The ADR Program applies to parties including the company, applicants for employment, employees, and former employees. *Acceptance of the ADR Program is a condition of submitting an application for employment*, employment, and continued employment.

The company's ADR Program is **enacted pursuant to the** *Federal Arbitration Act*, and is approved and **administered by the American Arbitration Association.** A copy of the relevant documents is available upon request to company management.

------------------------------------------------------------------------------------

# N O T E :

### ALL APPLICANTS FOR EMPLOYMENT ARE SUBJECT TO THE ADR PROGRAM.

------------------------------------------------------------------------------------

### RECEIVED AND ACCEPTED:

Date: _____

_____
Signature of Applicant

_____
Print Name Above

_____ - \_\_\_\_\_ - _____
Social Security Number

ALTERNATIVE DISPUTE RESOLUTION PROGRAM · COPYRIGHT - RJO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

C-2:          Traduccion del memo: ingles a espanol; el memo en ingles es lo oficial]

PARA          :          PERSONAS QUE APLICA PARA EMPLEO

DE            :          Gerencia, por-

RE            :          PROGRAMA DE RESOLUCION DE DISPUTAS

TOCANTE       :          Cambio de Administracion del Programa de Resolucion de Disputas

----------------------------------------------------------------------------------------

### AVISO A PERSONAS QUE APLICAN PARA EMPLEO

**La compania tiene un Programa de Resolucion de Disputas ("Programa ADR" o "ADR Program").** El Programa ADR requiere que todas disputas legales relacionadas con el trabajo se lleven a una resolucion en proceso informal incluyendo mediacion, y arbitracion final, o ambos. El Programa ADR aplica a la compania, las personas solicitando empleo, empleados, y empleados pasados. Aceptacion de Program ADR es una condicion para llenar una aplcacion de empleo, empleo, y para quedarse en el empleo.

El Programa ADA es segun la ley federal (*Federal Arbitration Act*), esta administrado por el American Arbitration Association.   Informacion adicional y una copia del Programa ADR es disponible al avisarle a la gerencia.

Favor de firmar abajo y regresar la copia original a la gerencia.  Mantenga la copia marcada "copy".

----------------------------------------------------------------------------------------

## A V I S O :

### EL PROGRAMA ADR APLICA A TODOS QUE APLICAN PARA EMPLEO

----------------------------------------------------------------------------------------

Recibida y Aceptada:

_____          Fecha: _____

Firma de empleado

_____

Nombre

_____-_____-_____

Numero de Seguro Social

ALTERNATIVE DISPUTE RESOLUTION PROGRAM · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

**C-3:**   PHOTOCOPY THIS MEMO TO COMPANY LETTERHEAD, *DELETING THIS LINE.*

Date:

---

TO          :      EMPLOYEES

FROM        :      Management, by -

RE          :      ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROGRAM

SUBJECT     :      ADOPTION OF ADR PROGRAM

---

### NOTICE TO EMPLOYEES

The company has adopted an Alternative Dispute Resolution ("ADR")Program. The **ADR Program requires that all work-related legal Disputes be submitted to an informal dispute resolution process, including mediation, final and binding arbitration, or both.** The ADR Program applies to parties including the company, **applicants for employment, employees, and** former employees. *Acceptance of the ADR Program is a condition of submitting an application for employment, employment, and continued employment.*

Please note your receipt and acceptance of this memo by signing below, and returning the original copy to management. The attached copy of this memo, marked "copy" is for you to keep.

The company's ADR Program is **enacted pursuant to the** *Federal Arbitration Act,* and **administered by the American Arbitration Association.** In the near future the company will distribute to each employee a copy of the ADR Program. Also in the near future, there will be a general staff meeting in order to review the ADR Program. Until then, additional information is available upon request to company management.

---

RECEIVED AND ACCEPTED:

Date: _____

_____
Signature of Employee

_____
Print Name Above

_____ - _____ - _____
Social Security Number

ALTERNATIVE DISPUTE RESOLUTION PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

23

C-4  [Traduccion del memo: ingles a espanol; el memo en ingles es lo oficial]

Fecha:

PARA         :      EMPLEADOS

DE           :      Gerencia, por-

RE           :      PROGRAMA DE RESOLUCION DE DISPUTAS

TOCANTE      :      Adoptcion del Programa de Resolucion de Disputas

-----------------------------------------------------------------------------------------------------------

### AVISO A EMPLEADOS

La compania ha adoptado un Programa de Resolucion de Disputas ("Programa ADR" o "ADR Program"). El Programa ADR requiere que todas disputas legales relacionadas con el trabajo se lleven a una resolucion en proceso informal incluyendo mediacion, y arbitracion final, o ambos. El Programa ADR aplica a la compania, las personas solicitando empleo, empleados, y empleados pasados. Aceptacion de Program ADR es una condicion para llenar una aplcacion de empleo, empleo, y para quedarse en el empleo.

El Programa ADR es **segun la ley federal** (*Federal Arbitration Act*), y es **administrado por el American Arbitration Association.** En el futuro cercano la compania distribuira a cada empleado una copia del Programa ADR. En el futuro tendremos una junta general para revisar el Programa ADR. Mientras tanto, informacion adicional sera disponible al avisarle a la gerencia.

Favor de firmar abajo y regresar la copia original a la gerencia. Mantenga la copia marcada "copy".

-----------------------------------------------------------------------------------------------------------

Recibida y Aceptada:

_____          Fecha: _____
Firma de empleado

_____
Nombre

_____ - _____ - _____
Numero de Seguro Social

ALTERNATIVE  DISPUTE  RESOLUTION  PROGRAM · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

24

C-5:  PHOTOCOPY THIS MEMO TO COMPANY LETTERHEAD, *DELETING THIS LINE.*

Date: _____

-----------------------------------------------------------------------------------------------

TO            :        EMPLOYEES

FROM      :        Management, by:

RE            :        ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROGRAM

SUBJECT   :        CHANGES IN THE ADR PROGRAM

-----------------------------------------------------------------------------------------------

## NOTICE TO EMPLOYEES

The company has amended its Alternative Dispute Resolution ("ADR")Program.  The main provisions of the ADR Program are unchanged.  The amended **ADR Program requires** that all work-related **Disputes be submitted to an informal dispute resolution process, including mediation, final and binding arbitration, or both.** The ADR Program **applies to** parties including the company, applicants for employment, **employees, and former employees.** *Acceptance of the ADR Program is a condition of submitting an application for employment, employment, and continued employment.*

Please note your receipt and acceptance of this memo by signing below, and returning the original copy to management.  The attached copy of this memo, marked "copy" is for you to keep.

The company's ADR Program is still **enacted pursuant to the** *Federal Arbitration Act*, but is now **administered by the American Arbitration Association.**  In the near future the company will distribute to each employee a copy of the ADR Program.  Until then, additional information is available upon request to company management.

-----------------------------------------------------------------------------------------------

### RECEIVED AND ACCEPTED:

Date: _____

_____

Signature of Applicant


_____

Print Name Above

_____-_____-_____

Social Security Number

ALTERNATIVE DISPUTE RESOLUTION PROGRAM · COPYRIGHT - RJO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

C-6:      [Traduccion del memo: ingles a espanol; el memo en ingles es lo oficial]

Fecha:

PARA        :      EMPLEADOS

DE          :      Gerencia, por-

RE          :      PROGRAMA DE RESOLUCION DE DISPUTAS

TOCANTE     :      Cambios del Programa de Resolucion de Disputas
----------------------------------------------------------------------------------------------------------

## AVISO A EMPLEADOS

La compania ha cambiado su Programa de Resolucion de Disputas ("Programa ADR" o "ADR Program"). Las proviciones primarias del Programa ADR quedan sin cambio. Como el Programa acutal, el Programa ADR cambiado requiere que todas disputas legales relacionadas con el trabajo se lleven a una resolucion en proceso informal incluyendo mediacion, y arbitracion final, o ambos. El Programa ADR aplica a la compania, las personas solicitando empleo, empleados, y empleados pasados. Aceptacion de Program ADR es una condicion para llenar una aplcacion de empleo, empleo, y para quedarse en el empleo.

El Programa ADR todavia es **segun la ley federal (*Federal Arbitration Act*)**, ha cambiado sera **administrado por el American Arbitration Association**. En el futuro cercano la compania distribuira a cada empleado una copia del Programa ADR. En el futuro tendremos una junta general para revisar el Programa ADR. Mientras tanto, informacion adicional sera disponible al avisarle a la gerencia.

Favor de firmar abajo y regresar la copia original a la gerencia. Mantenga la copia marcada "copy".

----------------------------------------------------------------------------------------------------------
Recibida y Aceptada:

_____          Fecha: _____
Firma de empleado

_____
Nombre

_____ - _____ - _____
Numero de Seguro Social

ALTERNATIVE DISPUTE RESOLUTION PROGRAM · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

C-7:   PHOTOCOPY THIS MEMO TO COMPANY LETTERHEAD, *DELETING THIS LINE.*

Date:
-----------------------------------------------------------------------------------------------

TO            :       EMPLOYEES

FROM        :       Management, by -

RE            :       ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROGRAM

SUBJECT    :       NOTICE OF ADR PROGRAM
-----------------------------------------------------------------------------------------------

### NOTICE TO EMPLOYEES

The company has an Alternative Dispute Resolution ("ADR")Program.  The **ADR Program** **requires that all work-related legal Disputes be submitted to an informal dispute resolution** **process, including mediation, final and binding arbitration, or both.**  The ADR Program **applies** to parties including the company, applicants for employment, employees, and former employees. *Acceptance of the ADR Program is a condition of submitting an application for employment,* *employment, and continued employment.*

Please note your receipt and acceptance of this memo by signing below, and returning the original copy to management.  The attached copy of this memo, marked "copy" is for you to keep.

The company's ADR Program is **enacted pursuant to the** *Federal Arbitration Act,* and **administered by the American Arbitration Association.**  In the near future the company will distribute to each employee a copy of the ADR Program.  Also in the near future, there will be a general staff meeting in order to review the ADR Program.  Until then, additional information is available upon request to company management.

-----------------------------------------------------------------------------------------------
RECEIVED AND ACCEPTED:

Date: _____

_____
Signature of Employee


_____
Print Name Above

_____-_____-_____
Social Security Number

ALTERNATIVE DISPUTE RESOLUTION PROGRAM · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

**C-8** [Traduccion del memo: ingles a espanol; el memo en ingles es lo oficial]

Fecha:

PARA        :        EMPLEADOS

DE          :        Gerencia, por-

RE          :        PROGRAMA DE RESOLUCION DE DISPUTAS

TOCANTE     :        AVISO DEL PROGRAMA DE RESOLUCION DE DISPUTAS

-------------------------------------------------------------------------------------------

### AVISO A EMPLEADOS

La compania tiene un Programa de Resolucion de Disputas ("Programa ADR" o "ADR Program"). El Programa ADR requiere que todas disputas legales relacionadas con el trabajo se lleven a una resolucion en proceso informal incluyendo mediacion, y arbitracion final, o ambos. El Programa ADR aplica a la compania, las personas solicitando empleo, empleados, y empleados pasados. Aceptacion de Program ADR es una condicion para llenar una aplcacion de empleo, empleo, y para quedarse en el empleo.

El Programa ADR es **segun la ley federal** (*Federal Arbitration Act*), y es **administrado por el American Arbitration Association**. En el futuro cercano la compania distribuira a cada empleado una copia del Programa ADR. En el futuro tendremos una junta general para revisar el Programa ADR. Mientras tanto, informacion adicional sera disponible al avisarle a la gerencia.

Favor de firmar abajo y regresar la copia original a la gerencia. Mantenga la copia marcada "copy".

-------------------------------------------------------------------------------------------

Recibida y Aceptada:

_____          Fecha: _____
Firma de empleado

_____
Nombre

_____ - _____ - _____
Numero de Seguro Social

ALTERNATIVE DISPUTE RESOLUTION PROGRAM · COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED · (Revised: 04.09.02)

28

C-10

Fecha:

---------------------------------------------------------------------------------------

PARA        :        EMPLEADOS

DE          :        Gerencia, por-

RE          :        PROGRAMA  DE  RESOLUCION  DE  DISPUTAS

TOCANTE :        AVISO TOCANTE EL PROGRAMA ADR

---------------------------------------------------------------------------------------

# AVISO   A   EMPLEADOS

La compania tiene  un Programa de Resolucion de Disputas ("Programa ADR" o "ADR Program").  El Programa ADR aplica a *USTED*.

El Programa ADR  requiere que todas disputas legales relacionadas con el trabajo se lleven a una resolucion en proceso informal incluyendo mediacion, y arbitracion final, o ambos.  El Programa ADR aplica a la compania, las personas solicitando empleo, empleados, y empleados pasados.  Aceptacion de Program ADR es una condicion para llenar una aplcacion de empleo, empleo, y para quedarse en el empleo.

El   Programa ADR es **segun la ley federal** (*Federal Arbitration Act*), y es **administrado por el American Arbitration Association**.  Informacion adicional incluyendo una copia del Programa ADR sera disponible al avisarle a la gerencia.

ALTERNATIVE  DISPUTE  RESOLUTION  PROGRAM • COPYRIGHT - RIO FOUNDATION 2000
ALL RIGHTS RESERVED • (Revised: 04.09.02)

# PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS

## PARA DISPUTAS LEGALES RELACIONADAS CON EL TRABAJO

PRUEBA DE EXHIBICION    D

ASOCIACIÓN  AMERICANA  DE  ARBITRAJE

*Reglas Nacionales para la Resolución de Disputas del Trabajo*
*(Incluyendo Reglas para Mediación y Arbitraje)*

Čomo ha sido Enmendado y Efectivo el 1o. de Enero de 1999

PROGRAMA DE RESOLUCIÓN DE DISPUTAS ALTERNATIVAS
PARA DISPUTAS RELACIONADAS AL TRABAJO
(PROPIEDAD LITERARIA POR LA FUNDACIÓN RÍO 2000 –TODOS LOS DERECHOS RESERVADOS)