# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARCADIA VELEZ | * | |
| | * | |
| VS | * | C.A. NO. B-02-067 |
| | * | |
| ND A.M.C., L.L.G. | * | |

## ORDER SETTING HEARING

Defendant's Motion to Compel Arbitration and to Stay Proceedings, in the above-captioned cause of action, is hereby set for a hearing on December 5, 2002, at 9:00 a.m.

The Clerk is hereby **ORDERED** to issue a summons and the United States Marshal serve the summons and a copy of this order upon the Plaintiff for her appearance at said hearing.

DONE at Brownsville, Texas, this 18th day of November 2002.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520