# MAGISTRATE COURTROOM MINUTES

The Honorable Magistrate Felix Recio, Presiding
Deputy Clerk: S Garcia
ERO: G Mendieta
    CSO: Dan Delgado
Interpreter:
DUSM: M Bottomly

United States District Court
Southern District of Texas
FILED

DEC - 5 2002

Michael N. Milby
Clerk of Court

Open: 09:15        Adjourn: 09:20        Date: 12/05/02
**Case Number: 1:02cv67**

ARCADIA VELEZ

V.

NDAMC LLC        Frank Wood present for Dennis Sanchez APD/APPTD
Arrested

---

### MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS

☒ Frank Wood present for the Respondent- Petitioner not present- The record will reflect that the Petitioner failed to appear and this case will be placed on the dismissal docket for want of prosecution- The Court states that all motions will remain pending until that time- Court adjourned.