**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

DEC 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARCADIA VELEZ | * |
| | * |
| VS | * C.A. NO. B-02-067 |
| | * |
| ND A.M.C., L.L.G. | * |

**NOTICE OF DISMISSAL
FOR WANT OF PROSECUTION**

On November 19, 2002, an Order Setting Hearing on December 5, 2002, at 9:00 a.m. was entered. On December 5, 2002, Plaintiff failed to appear at said hearing.

It is, therefore, **ORDERED** that this cause of action will be placed on the dismissal docket and dismissed for want of prosecution thereafter if no response is received from Plaintiff on or before January 6, 2002.

DONE at Brownsville, Texas, this 5th day of December 2002.

_____
Felix Recio
United States Magistrate Judge