UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARCADIA VELEZ | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-067 |
| | § | |
| NDAMC LLC, | § | |
| Defendant. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 18, 2002, the Court set a motion hearing in the above-captioned matter for December 5, 2002. On December 5, 2002, the Plaintiff failed to appear for the motion hearing. On the same day, the Court placed the above-captioned matter on the dismissal docket and ordered that the case be dismissed if there is no response received from the Plaintiff by January 6, 2003. As of January 17, 2003, there is still no response from the Plaintiff in this cause of action, so the Court recommends that this case be **DISMISSED WITHOUT PREJUDICE.**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.

DONE at Brownsville, Texas, this 21st day of January, 2003.

_____
Felix Recio
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARCADIA VELEZ<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-02-067 |
| NDAMC LLC,<br>Defendant. | §<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. This case is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.

DONE in Brownsville, Texas on this _____ day of _____, 2003.

_____
Hilda G. Tagle
United States District Judge